PAGE 1.

UNITED STATES DISTRICT COURT
WESTER DISTRICT of NEW YORK

AROR ARK O'DIAH,

       Plaintiff,

V.

BRIAN FISCHER; NEW YORK STATE
SECRETARY of STATE; NEW YORK
STATE SECRETARY of DEPARTMENT
of HEALTH AND HUMAN SERVICES;
ANDREW M. CUOMO; THOMAS A. KLONICK;
ROY L. BURKE; JAMES EDWARD PELZER;
PATRICK T. BURKE; SHERRILL SPATZ;
A. GAIL PRUDENT; LT. URBANK;
DAVID UNGER; DSP KICKBUSH;
DALE ARTUS; AND CAPT. YEHL, SUED
IN THEIR INDIVIDUAL CAPACITIES FOR THE OMISSIONS
AND VIOLATIONS CARRIED OUT UNDER COLOR of STATE LAW
BUT NAMED IN THEIR INDIVIDUAL AND IN THEIR
OFFICIAL CAPACITIES,

       Defendants.

CASE#: _____

COMPLAINT AND CLAIMS
UNDER USCA CONST.
AMENDMENTS I, IV, V,
VI, VIII and XIV of THE
U.S. CONSTITUTION
VIOLATED VIA INTENTIONAL
RECKLESS OMISSIONS,
AND RECKLESS DISREGARD,
TO INVOKED 42 U.S.C.S.
1983, 1985(2)(3), 1986,
AND AMERICAN WITH
DISABILITY ACT.

JURY TRIAL DEMANDED,
RELIEFS SOUGHT AND
CLAIMS: $999,000,000.00

UNITED STATES DISTRICT COURT
FILED
OCT 28 2010
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

## I. TABLE of CONTENTS

# of CONTENTS:   DESCRIPTION OF CONTENTS:   PAGES OF CONTENTS:

I. COMPLAINT AND CLAIMS CAPTION ACTION COVER-SHEET ----- 1
II. JURISDICTIONAL STATEMENTS AND PARTIES INTRODUCED --- 2-6
III. STATEMENTS of CLAIMS ----- 7-51
IV. RELIEFS SOUGHT ----- 52-53
V. CONCLUSION AND VERIFICATION ----- 54

PAGES 2.

## II. JURISDICTIONAl STATEMENT
### PARTIES NAMES AND ADDRESSES

STATE of NEW YORK ) ss:
COUNTY of ERIE )

I, AROR ARK O'DIAH, BEING DULY SWORN, DEPOSES, AND DECLARES
UNDER PENALTY of PERJURY UNDER THE LAW of THE UNITED STATES
OF AMERICA PURSUANT TO 28 U.S.C. SECTIONS 1746, WHEN
NOTARY PUBLIC IS NOT IMMEDIATELY AVAILABLE AND SAY THAT:-

1. MY NAME IS AROR ARK O'DIAH. MY ASSIGNED DIN# IS
07A2463. I AM INNOCENT. I AM CURRENTLY UNCONSTITUTIONALLY
INCARCERATED AT THE COLLINS CORRECTIONAl FACILITY, P.O. BOX 340,
COLLINS, NEW YORK 14034-0340,: IN A CONVICTIONS OBTAINED
VIA SYSTEMATIC OMISSIONS AND VIOLATIONS of THE UNITED STATES,:
AND NEW YORK STATE CONSTITUTIONS AND LAW,: UNDER USCA
CONSTITUTION AMENDMENTS I, IV, V, VI, VIII, AND XIV of THE UNITED
STATES CONSTITUTION,: TO INVOKED 42 U.S.C.S. 1983, 1985(2)(3), 1986,:
AMERICAN WITH DISABILITY ACT,: AND NEW YORK STATE CONSTITUTION
ARTICLE 1, SECTIONS 4,5,6, 11 AND 12,: AND THESE OMISSIONS AND
VIOLATIONS ALSO INVOKED NEW YORK STATE COURT of CLAIMS ACT
SECTIONS 10 AND 11. I HAVE BEEN INTENTIONALLY CONFINED.
I WAS CONSCIOUS of THE CONFINEMENT. I DID NOT CONSENT
TO THE CONFINEMENT. THE CONFINEMENT WAS NOT JUSTIFIED
SINCE IT WAS OBTAINED VIA FALSE ACCUSATIONS, FALSE
ARRESTS, SEARCHES, SEIZURES AND CONTRIVED EVIDENCES
WERE PLACED IN EVIDENCE IN VIOLATIONS of THE UNITED
STATES AND NEW YORK STATES CONSTITUTIONS AND LAWS
SO THAT VERDICT of GUILTY AND CONVICTIONS WERE ASSURED
VIA DELIBERATE INDIFFERENCE. I BRING THIS ABOVE CAPTIONED ACTION
UNDER USCA CONST. AMENDMENTS I, IV, V, VI, VIII AND XIV
OF THE U.S. CONSTITUTION VIOLATED TO INVOKED 42 U.S.C.S. 1983.

PAGES 3.

2. I, AROR ARK O'DIAH. DIN#07A2463, I CAN BE REACH
BY MAIL AT:
AROR ARK O'DIAH. DIN#07A2463
COLLINS CORRECTIONAL FACILITY
P.O. BOX 340
COLLINS, NEW YORK 14034-0340.

3. THE DEFENDANTS WHOSE NAMES APPEARED IN THIS INSTANT
ABOVE-CAPTIONED CLAIMS AND ACTION WHOSE NAMES AND ADDRESSES
APPEARED BELOW ARE JOINTLY NAMED AND SUED IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITIES; DUE TO THEIR UNCONSTITUTIONAL POLICIES
AND CUSTOMS PRACTICES; BY THEIR RECKLESSLY AND INTENTIONALLY,
BY UNCONSTITUTIONAL COLLUSIONS AND ONGOING CONSPIRACIES, DESIGNED
TO FURTHERANCES UNCONSTITUTIONAL POLICIES TO TARGET, TAINTED,
AND SINGLED OUT PEOPLE OF AFRICAN ORIGIN INTO THEIR
MUNICIPAL AND STATE CORRECTIONAL FACILITIES, JAIL HOUSES
AND PRISONS; TO CAUSE IRREPARABLE HARM (DEATH THREAT AND
FALSE IMPRISONMENTS), WITHOUT MEANINGFUL DUE PROCESS;
WITHOUT JUST CAUSE; AND WITHOUT RATIONAL BASIS; VIA
DELIBERATE INDIFFERENCE; BASED UPON THE IDENTIFICATION OF
MY RACE, COLOR, NATIONAL ORIGIN; AND VIA RETALIATORY AND
DISCRIMINATORY ACTS OF HARASSMENTS; AND THEY JOINTLY
AGREED IN OVERT IN DISGUISE VIA A JOINT RACIALLY MOTIVATED
UNCONSTITUTIONAL COLLUSION IN ONGOING CONSPIRACIES TO
KIDNAPPED ME INTO THEIR PRISON VIA ENTRAPPMENT. THE
STATE OF NEW YORK SECRETARY OF STATE, AND THE STATE OF NEW YORK
SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES FALSELY
REPRESENTED AND MISREPRESENTED ME TO DEPARTMENT OF MOTOR VEHICLES,
AND TO U.S. DEPARTMENT OF STATE WITHOUT DUE PROCESS.

PAGES 4.

4. THE DEFENDANTS WHOSE NAMES AND ADDRESSES APPEARED BELOW CAN BE REACHED BY MAIL AT:

a) THE STATE of NEW YORK;
ANDREW M. CUOMO, NEW YORK ATTORNEY GENERAL
OFFICE OF THE N.Y.S. ATTORNEY GENERAL
THE STATE CAPITOL
ALBANY, NY 12224

b) HON. THOMAS A. KLONICK, CHAIR
NEW YORK STATE COMMISSION ON JUDICIAL CONDUCT;
61 BROADWAY
NEW YORK, NY 10006

c) BRIAN FISCHER, NYSDOCS COMMISIONER;
THE HARRIMAN STATE CAMPUS
1220 WASHINGTON AVENUE - BUILDING 6 #2
ALBANY, NY 12226-2050

d) ROY L. REARDON, ESQ, CHAIRMAN,
DEPARTMENTAL DISCIPLINARY COMMITTEE
SUPREME COURT, APPELLATE DIVISION
FIRST JUDICIAL DEPARTMENT
61 BROADWAY
NEW YORK, NY 10006

PAGES 5-

e) MANUEL A. ROMERO, CHAIRMAN;
STATE OF NEW YORK GRIEVANCE COMMITTEE
FOR THE SECOND, ELEVENTH AND
THIRTEENTH JUDICIAL DISTRICT;
RENAISSANCE PLAZA
335 ADAMS STREET-SUITE 2400
BROOKLYN, NY 11201-3745

f) PATRICK T. BURKE, CHAIRMAN;
STATE OF NEW YORK GRIEVANCE COMMITTEE
FOR THE NINTH JUDICIAL DISTRICT;
CROSSWEST OFFICE CENTER
399 KNOLLWOOD ROAD- SUITE 200
WHITE PLAINS, N.Y. 10603

g) SHERRILL SPATZ, INSPECTOR GENERAL
NEW YORK STATE COURT SYSTEM
OFFICE OF THE COURT ADMINISTRATION
26 BROADWAY, 10TH FLOOR
NEW YORK, NY 10004

h) A. GAIL PRUDENTI; PRESIDING JUDGE
JAMES EDWARD PELZER, CLERK OF THE COURT;-
SUPREME COURT APPELLATE DIVISION 2ND DEPARTMENT
AND JUSTICES,
45 MONROE PLACE
BROOKLYN, NY 11201

i) DALE ARTUS, SUPERINTENDENT;
Lt. URBANK; Capt. YEH;
KICKBUSH, DEPUTY SUPERINTENDENT FOR PROGRAM;
GOWANDA CORRECTIONAL FACILITY
P.O. BOX 350
GOWANDA, NY 14070-0350

j) DAVID UNGER, SUPERINTENDENT;
WYOMING CORRECTIONAL FACILITY
P.O. BOX 501
ATTICA, NY 14011-0501

K) NEW YORK STATE SECRETARY OF STATE;
NEW YORK STATE SECRETARY OF DEPARTMENT OF HEALTH
AND HUMAN SERVICES;
41 STATE STREET, ALBANY, NY 12231

## II. DISCLOSURE OF RELATED CLAIMS

5. THIS ABOVE-CAPTIONED CLAIM AND ACTION MAY BE RELATED
to: O'DIAH V. A. MAWHIR, et al., DOCKETED NUMBER 9:08-CV-0322 (TJM)
(DRH); O'DIAH V. THE STATE OF NEW YORK, et al., DOCKETED NUMBER
9:08-CV-0941(TJM)(DRH), AND O'DIAH V. DAVID UNGER, et al., DOCKETED
NUMBER 9:10-CV-1148(NAM)(DEP), PENDING AT THE U.S. DISTRICT
COURT FOR THE NORTHERN DISTRICT OF NEW YORK AT SYRACUSE.
IN THIS ABOVE-CAPTIONED CLAIMS, I AM ALLEGING THAT THE
STATE OF NEW YORK AND ITS AGENTS, DEPARTMENTS AND ITS
AUTHORITIES UNDER NYSDOCS HAVE ENDORSED AND SANCTIONED
THE CUSTOMS AND PRACTICES UNCONSTITUTIONALLY DESIGNED AS A
POLICY TO TARGETED POOR WHITE MALES, PEOPLE OF AFRICAN ORIGIN,
HISPANIC AND LATINO AND KIDNAPPED THEM INTO PRISON WITHOUT DUE PROCESS

PAGES 7.

## III. STATEMENT of CLAIMS

6. I, AROR ARK O'OIAH, 52-YEARS OLD MALE, CITIZEN OF THE UNITED STATES OF AMERICA, LEGAL AND CITIZEN OF THE STATE OF NEW YORK; AND I HAVE RESIDED IN THE UNITED STATES OF AMERICA PERIODICALLY AND PERMANENTLY FOR OVER 34-YEARS.

7. I, AROR ARK O'OIAH, I AM THE CHIEF EXECUTIVE OFFICER AND INCORPORATOR OF; "TIMESPEED INFORMATIONS AND PROTECTIVE SERVICES INC. AND TIMESPEED WORLDWIDE WITNESSES OF THE ONLY TRUE GOD AND OF HIS SON SERVICES OPERATION HELP AFRICA DEVELOP, INC." P.O. BOX 341173, JAMAICA, NEW YORK 11434-07173. MY BUSINESSES ACTIVITIES INCLUDES; PROVIDING INFORMATION, PROTECTION, TOURISM AND HOSPITALITY SERVICES, NATIONWIDE AND WORLDWIDE.

8. I AM A NATURALIZED CITIZEN OF THE UNITED STATES OF AMERICA, FROM NIGERIA. I HAVE RESIDED IN THE UNITED STATES OF AMERICA MUCH LONGER THAN IN NIGERIA. I EARNED MY EDUCATION IN THE UNITED STATES AND ABROAD IN HEALTH PROFESSION, FREELANCE JOURNALISM, GENERAL MEDICAL SCIENCES, PSYCHOLOGY, AND I AM A FREELANCE JOURNALIST AND A WRITER.

9. ON ABOUT July 14, 2010, I WAS COERCED UNDER DURESS TO MOVED INTO HOUSE B56 AT GOWANDA CORRECTIONAL FACILITY BY DALE ARTUS, SUPERINTENDENT; Lt. URBANK; SGt. KORBAR; KICKBUSH, DEPUTY SUPERINTENDENT; AND J. HESSEL, DEPUTY SUPERINTENDENT for SECURITY AND P. MILLICH.

PAGES 8.

10. ON July 14, 2010, THE DEFENDANTS Jointly KNEW or SHOULD HAVE KNOWN THAT I WILL BE PHYSICALLY ATTACK AT BS6 HOUSE LOCATED AT GOWANDA CORRECTIONAL FACILITY; YET, VIA MALICE, RETALIATION, DISCRIMINATION AND HARASSMENT INTENT; THE DEFENDANTS JOINTLY AGREED IN OVERT IN DISGUISE UNDER COLOR of STATE LAW to MOVED ME FROM SHU TO AN3 HOUSE AND FROM BS6 to AN3 HOUSE, AND BACK TO SHU AND REPEATEDLY TO HOUSE BS6 WITHOUT RATIONAL BASIS.

11. ON July 26, 2010, KICKBUSH, DEPUTY SUPERINTENDENT; LATONA, SENIOR CORRECTIONAL COUNSELOR; Lt. URBANIK; J. HESSEL, DEPUTY SUPERINTENDENT FOR SECURITY; SGT. KORBAR; P. MILLICH, CORRECTIONAL OFFICER; P. PIAZZA, JR, CORRECTIONAL OFFICER; DALE ARTUS, SUPERINTENDENT; AT THE INFLUENCE of THE DEFENDANTS NAMED IN THIS ABOVE-CAPTIONED CLAIMS, JOINTLY AGREED UNDER THE UNCONSTITUTIONAL POLICIES, CUSTOMS, AND PRACTICES of THE STATE of NEW YORK, TO TARGETED ME, TAUNTED ME, AND SINGLED ME OUT, VIA DELIBERATE INDIFFERENCE, AND PLACED ME AND ASSIGNED ME WORK PROGRAM INVOLVING CLEANING INFIRMARY AND HOUSE BS6 RESTROOM AND SHOWER DURING EARLY AND LATE EVENNING HOURS AS A PORTER; BY THEIR PLACING MY ATTACKER INSIDE ASSIGNED WORK ENVIRONMENT, AND CREATED HOSTILE WORK ENVIRONMENT WITH MALICIOUS INTENT to SUBJECT ME to IRREPARABLE HARM. NEW YORK STATE AND ITS AGENTS AND ITS AUTHORITIES; BY DESIGNED, PUT IN PLACE, UNCONSTITUTIONAL POLICIES, CUSTOMS, AND PRACTICES, SANCTIONED BY NYSDOCS to TARGETED POOR WHITE MALES AND PEOPLE of AFRICAN ORIGINS INTO PRISON.

PAGES 9.

12. ON July 29, 2010, WHILE I WAS PERFORMING ASSIGNED WORK AT HOUSE B36 IN GOWANDA CORRECTIONAL FACILITY AT ABOUT 7:00 P.M., I WAS PHYSICALLY ATTACKED AND INJURED BY UNKNOWN INDIVIDUAL WHO BOLSTED THAT HE WAS ACTING AT THE CONSENT OF GOWANDA CORRECTIONAL FACILITY AT THE INFLUENCE OF THE ABOVE-CAPTIONED CLAIM NAMED DEFENDANTS,' VIA RECKLESS DISREGARDS FOR MY RIGHTS, PROTECTIONS, SAFETY, PRIVILEGES AND IMMUNITIES,' IN RETALIATORY AND DISCRIMINATORY ACTS OF HARASSMENT BECAUSE I FILED GRIEVANCES PETITIONS, AND JUDICIAL MISCONDUCTS COMPLAINTS AND FILED CLAIMS AND FEDERAL CIVIL RIGHTS ACTIONS. AS A RESULT OF THE PHYSICAL ATTACKS, I SUFFERED HEAD, FACE, NERVES, EAR, EYE, CHEEK, JAW, MANDIBULLARY, AND MAXILLARY NERVES, MANDIBULAR NOTCH, AND MUSCULAR LESION,' CAUSING ME SEVERE AND EXCRUCIATING PAINS AND SUFFERING. MY HEAD, FACE, EAR, EYE AND RIGHT SIDE OF MY FACE WERE SWOLLEN, WITH RED EYE, AND I SUFFERED BLURRED EYE VISION AND NUMBNESS (LACK OF SENSITIVITY AT MY RIGHT FACE). I WAS UNABLE TO SPEAK NOR TALK CLEARLY NOR CHEW FOOD,' DUE TO SEVERE AND EXCRUCIATING PAINS. I WAS ADMITTED INTO GOWANDA CORRECTIONAL FACILITY HEALTH SERVICES INFIRMARY ON July 29, 2010,' BUT I WAS DISCHARGED ON AUGUST 4, 2010, WITHOUT ADEQUATE MEDICAL CARE. I WAS DENIED ADEQUATE MEDICAL CARE (NOT PROVIDED EYE DROP NOR TYLENOL NOR MEDICATION IN A TIMELY MANNER),' VIA MALICE AND HATE CRIME. NEW YORK STATE AND ITS AUTHORITIES, MALICIOUSLY TARGETED POOR WHITE MALES AND PEOPLE OF AFRICAN ORIGIN,' VIA UNCONSTITUTIONAL POLICIES AND CUSTOMS PRACTICES SANCTIONED BY THESE DEFENDANTS TO KIDNAPPED THEM INTO PRISON WITHOUT MEANINGFUL DUE PROCESS.

PAGES 10.

13. ON ABOUT July 29, 2010, AND THEREAFTER, I, AROR ARK O'0IAK, DISCOUERED THA THE DEFENDAN'ts WHOSE NAMES AND ADDRESSES APPEARED ABOUE IN THIS INSTANT CLAIMS IN THIS ABOVE-CAPTIONED ACTION, JOINTLY HAS IN PLACE, UNCONSTITUTIONALLY PLANNED POLICIES, DESIGNED TO KIDNAPPED ME INTO PRISON; AND DENIED ME EQUAL PROSECUTION; VIA A JOINT RACIALLY MOTIVATED COLLUSION IN ONGOING UNCONSTITUTIONAL CONSPIRACIES to PROMOTES PRISON CUSTOM AND PRACTICES THATAMOUNTING TO EVIL PRACTICES CUSTOM of TARGETING PEOPLE of AFRICA ORIGIN INTO PRISON SLAVERY CULTURE; VIA RETALIATORY AND DISCRIMINATORY ACTS of HATES CRIME; AND VIA CALCULATED MALICIOUS HARASSMENTS, DEGRADATION, TORMENTS, TORTURE; - VIA CRUEL AND UNUSUAL PUNISHMENT CONFINEMENT UNCONSTITUTIONAL POLICIES WITH THE EVIL INTENT to TARGET AND SUBJECTED ME to Cold CALCULATED Cold BLOODED MURDER SCHEMES WITH THE INTENT to DENIED ME my CONSTITUTIONAL RIGHTS, EQUAL PROTECTION AND EQUAL ACCESS to COURTS; AND DENIED ME MEANINGful ACCESS to DUE PROCESS; VIA DELIBERATE INDIFFERENLE; BY SETTING ME UP, FRAMED ME UP, ENTRAPPED ME AND KIDNAPPED ME INTO THEIR MUNICIPAL AND STATE PRISON.

14. THESE DEFENDANTS JOINTLY AGREED to put IN PLACE UNCONSTITUTIONAL POLICIES DESIGNED to TREAT ME AND PEOPLE OF AFRICAN ORIGIN DIFFERENTLY FROM OTHERS IN SIMILAR SITUATIONS AND CIRCUMSTANCES AND THERE IS NO RATIONAL BASIS FOR THE DIFFERENT TREATMENT; THAN RACE, Color, AND ETHNIC ORIGIN. THE DEFENDANTS JOINTLY HAS AGREED to put IN PLACE UNCONSTITUTIONALLY UNWRITTEN POLICIES, CUSTOMS AND PRACTICES; BY ATTACKING ANYBODY WHO DISAGREED WITH THEIR CORRUPTED DISCRIMINATORY POLICIES; INSTEAD OF

PAGES 11.

PREVENTING THEIR UNCONSTITUTIONAL DISCRIMINATORY CUSTOM PRACTICES FROM ACCOMPLISHING ITS UNCONSTITUTIONAL PURPOSES. THE DEFENDANTS JOINTLY, CONTINUE TO TARGET PEOPLE OF AFRICA ORIGIN, ETHNIC ORIGINE AND NATIONAL ORIGIN; BY KIDNAPPING THEM INTO COUNTIES, MUNICIPAL AND STATE PRISONS WITHOUT MEANINGFUL ACCESS TO DUE PROCESS; AND CAUSING IRREPARABLE UNCONSTITUTIONAL HARMS WITHOUT RATIONAL BASIS.

15. ON ABOUT AUGUST 4, 2010, WHILE I WAS STILL UNDER TRAUMA AND SUFFERING FROM BLURRED EYE VISION; DUE TO JULY 29, 2010, PHYSICAL ATTACK AND INJURIES, I WAS ASSIGNED TO TOP BED BUNK.

16. ON ABOUT AUGUST 4, 2010, I WAS ASSIGNED TO TOP BED BUNK AT HOUSE AN3, WHILE I WAS STILL HAVING DIFFICULTIES AND PAINS IN OPENING MY RIGHT EYE; YET, I WAS REPEATEDLY ASSIGNED TO TOP BED BUNK; VIA RECKLESS DISREGARDS, MALICE AND RECKLESS DISREGARD TO MY CONSTITUTIONAL RIGHT, SAFETY, EQUAL PROTECTION, PRIVILEGES AND IMMUNITIES UPON THE FACTS THAT I HAVE PERMANENT MEDICAL RESTRICTION FOR BOTTOM BED BUNK KNOWN TO THE DEFENDANTS. THE DEFENDANTS JOINTLY SANCTIONED BY DESIGNED UNCONSTITUTIONAL PRACTICED POLICIES AND CUSTOMS WHICH TARGETED POOR WHITE MALES, PEOPLE OF AFRICANS ETHNIC ORIGIN, HISPANIC AND LATINO AND KIDNAPPED THEM INTO PRISON WITHOUT DUE PROCESS.

PAGES 12.

17. ON ABOUT AUGUST 4, 2010, Only to DISCOVERED THAT GOWANDA CORRECTIONAL FACILITY PROGRAM Committee Jointly WITH ALL THE DEFENDANTS NAMED IN THIS CLAIMS CAPTIONED ACTION ABOVE PARTICIPATED to SET ME UP WITH THEIR RECKLESS MALICIOUS INTENT to ENTRAPPED ME INTO physical. BECAUSE I DID NOT EXERCISE My RIGHT FOR SELF-DEFENSE AGAINST My ATTACKER ONLY 29, 2010; HENCE I WAS AGAIN SET UP BY THESE DEFENDANTS JOINTLY; BY ASSIGNING ME to TOP BED BUNK;- EVEN THOUGH SGt. KORBAR AND GOWANDA CORRECTIONAL FACILITY KNEW OR SHOULD HAVE KNOWN THAT I SUFFERRED FROM BLURRED EYE VISION; AND SEVERE AND EXCRUCIATING HEADACHES, HEAD, FACE, DIZZINESS, EAR, CHEEK, JAW, MOUTH, AND EYE PAINS. I REFUSED to ALLEPt TOP BED BUNK;- DUE to My MEDICAL CONDITION; AND SGT. KORBAR, INFLUENCED NURSE L. MACH AND C.O.D, EVERTS to WRITE ME TIER II MISBEHAVIOR TICKET; SANCTIONED BY THESE DEFENDANTS JOINTLY; AND I SERVED 30-DAYS INSIDE SHU FALSE IMPRISONMENT WITHOUT RATIONAL BASIS FROM AUGUST 4, 2010 THROUGHOUT to SEPtEMBER 3, 2010.

18. ON ABOUT SEPtEMBER 3, 2010, I WAS RELEASED FROM SHU INTO HOUSE AN3 At GOWANDA CORRECTIONAL FACILITY. BUT FROM SEPtEMBER 3, 2010, THROUGH SEPtEMBER 7, 2010, AND THEREAFTER, I WAS ASSIGNED INTO HOUSE AN3, WHERE I WAS REPEATEDLY physically ATTACKED BY C.O. P. MULLICH AND SGt. KORBAR, WHO JOINTLY LURED INMATES to THREW SHOES ON ME ALL AND EVERY NIGHTS; CAUSING MENTAL ANGUISH AND TRAUMA. BUT ONLY to DISCOVERED

PAGES 13.

THAT GOWANDA CORRECTIONAL FACILITY PROGRAM COMMITTEE
ACTING AT THE INFLUENCE OF THESE DEFENDANTS JOINTLY
(LATONA AND PIAZZA), AND ALL THE DEFENDANTS NAMED
IN THIS INSTANT CLAIMS ABOVE-CAPTIONED ACTION TO ENCOURAGED
THESE INMATES CALLOUS, VICIOUS, MALICIOUS, AND INTENTIONAL
RECKLESS EVIL ACTS; VIA DELIBERATE INDIFFERENCE TO
INJURE ME, WITHOUT INTERVENTION TO PROTECT ME.

19. ON ABOUT SEPTEMBER 8, 2010, I WAS PLACED ON
GOWANDA CORRECTIONAL FACILITY PROGRAM CALL-OUT WHILE
I WAS SUFFERING FROM HEAD TRAUMA, EMOTIONAL DISTRESS,
MENTAL ANGUISH, TORMENTS AND TORTURE FROM SHOES
THROWN ON ME EVERY NIGHTS; AND EXCRUCIATING MOUTH
AND MANDIBULAR NERVE PAINS; DUE TO July 29, 2010,
PHYSICAL ATTACKS AND INJURIES.

20. ON ABOUT SEPTEMBER 8, 2010, I APPEARED BEFORE
THE GOWANDA CORRECTIONAL FACILITY PROGRAM COMMITTEE;
WHILE I WAS UNDER SEVERE AND EXCRUCIATING MOUTH PAINS.
I WAS UNABLE TO SPEAK NOR TALK; DUE TO SEVERE AND
EXCRUCIATING MOUTH PAINS.

21. ON ABOUT SEPTEMBER 8, 2010, DEFENDANTS JOINTLY
INFLUENCED SENIOR CORRECTIONAL COUNSELOR LATONA, TO
SUBJECTED ME TO RETALIATORY AND DISCRIMINATORY ACTS
OF HARASSMENT; BY ASKING ME IF I LIKE TO STAY
INSIDE CRUEL AND UNUSUAL PUNISHMENT
CONFINEMENT. I DID NOT ANSWER.

PAGES: 14.

22. ON ABOUT SEPTEMBER 8, 2010, I WAS UNABLE to OPEN MY MOUTH; DUE to EXCRUCIATING PAINS FROM July 29, 2010, INJURIES. ALSO, I DID NOT HAVE ANSWER to HER QUESTIONS BECAUSE I HAVE ALREADY COMPLETED THEIR II HEARING AND DONE 30-DAYS INSIDE SHU. I DID NOT WANT TO RE-VISIT HURTING AND TRAUMATIC EPISODES. I HAVE BEEN REPEATEDLY DENIED ACCESS to STATES AND FEDERAL COURTS BY THESE DEFENDANTS JOINTLY.

23. ON SEPTEMBER 8, 2010, GOWANDA CORRECTIONAL FACILITY PROGRAM COMMITTEE AND LATONA, AT THE INFLUENCE OF THESE DEFENDANTS UNWRITTEN UNCONSTITUTIONAL POLICIES, CUSTOM AND EVIL PRACTICES to DO ME THAT IF I DID NOT ANSWER HER QUESTION ABOUT WHY I WAS INSIDE SHU; THAT SHE WILL SEND ME BACK to SHU. BUT I DID NOT HAVE AN ANSWER TO HER QUESTION; MORESO, MY MOUTH WAS HURTING; AND I KNEW THAT GOWANDA CORRECTIONAL FACILITY KNEW OR SHOULD HAVE KNOWN WHY I WAS REPEATEDLY SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT CONFINEMENT WITHOUT RATIONAL BASIS INSIDE PRISON WITHIN PRISON.

24. ON SEPTEMBER 8, 2010, I DISCOVERED THAT THESE DEFENDANTS JOINTLY INFLUENCED GOWANDA CORRECTIONAL FACILITY PROGRAM COMMITTEE to SHUT-DOWN LAW LIBRARY COPIER MACHINE; INTENTIONALLY ON July 29, 2010, AND THEREAFTER TO DENIED ME ACCESS TO MAKE LEGAL COPIES AND DENIED ME ACCESS to COURTS.

PAGES 15

25. THESE ABOVE-NAMED DEFENDANTS HAS JOINTLY IN AGREEMENTS IN OVERT IN DISGUISE, REPEATEDLY COERCED ME UNDER DURESS IN EGREGIOUS IN DEMONSTRABLY IN HOSTILE MANNER IN RECKLESS DISREGARD TO MY CONSTITUTIONAL RIGHTS TO APPEARED BEFORE THE GOWANDA CORRECTIONAL FACILITY PROGRAM COMMITTEE IN THREE DIFFERENT OCCASIONS PRIOR TO SEPTEMBER 8, 2010; AND DURING THESE THREE MEETINGS; THE PROGRAM COMMITTEE REALLY DID NOT SAY ANY THING IMPORTANT THAT COULD NOT BE HANDLE VIA CORRESPONDENCE. I DISCOVERED DURING THE MEETINGS THAT I WAS ONLY PLACED ON CALL-OUT TO APPEAR BEFORE THEM SOLELY TO SUBJECT ME TO VERBAL AND PHYSICAL ABUSES. BECAUSE THE PROGRAM COMMITTEE MADE DEGRADING AND DISCRIMINATORY AND RETALIATORY REMARKS ABOUT MY NIGERIA NATIVE ENGLISH ACCENT; VIA DEGRADING JOKES AND HUMILIATING LAUGH AT MY NIGERIA NATIVE ENGLISH ACCENTS. I WAS REPEATEDLY TOLD THAT MY NIGERIA ENGLISH NATIVE ACCENT WAS NOT GOOD. BUT MY NIGERIA ENGLISH NATIVE ACCENT HAS NO RELEVANCE TO WORK PROGRAM ASSIGNMENT AS A PORTER. I BELIEVED THAT I WAS BEING HARASSED AND TREATED DIFFERENTLY FROM OTHERS IN SIMILAR SITUATION AND CIRCUMSTANCES, AND THERE IS NO RATIONAL BASIS FOR THE DIFFERENT TREATMENT THAN THE IDENTIFICATION OF MY NATIONAL ORIGIN, RACE, AND ETHNIC ORIGIN SANCHONED JOINTLY. NEW YORK STATE SECRETARY OF STATE, AND NEW YORK STATE SECRETARY OF DEPARTMENT OF HEALTH AND HUMANS SERVICES, INTENTIONALLY AND RECKLESSLY DISREGARDED MY CONSTITUTIONAL RIGHT TO DUE PROCESS AND EQUAL PROTECTION AS THEY REPEATEDLY JOINTLY FALSELY REPRESENTED AND MISREPRESENTED ME TO THE U.S. DEPARTMENT OF STATE, AND TO DEPARTMENT OF MOTOR VEHICLES THAT I OWE THE STATE OF NEW YORK CHILD SUPPORT; AND RESULTED TO DENIAL OF PASSPORT AND LICENSE.

PAGES 16.

26. THE GOWANDA CORRECTIONAL FACILITY HAS BEEN REPEATEDLY INFLUENCED BY THE DEFENDANTS JOINTLY VIA AN ONGOING UNCONSTITUTIONAL COLLUSION AND CONSPIRACIES IN SEVERAL OCCASIONS IN RECKLESS DISREGARD TO MY PRE-EXISTING CONDITION (MEDICAL CONDITIONS) AND RE-AGGRAVATED MY INJURIES; AND CAUSING ME PAINS AND SUFFERING; BY THEIR RECKLESS AND INTENTIONALLY; VIA DELIBERATE ACTS PLACED ME INSIDE A VERY HOSTILE WORKING ENVIRONMENTS; WHERE, THEY HAS PLANTED MY ATTACKERS TO PREY ON ME REPEATEDLY; VIA MALICE, RETALIATORY AND DISCRIMINATORY ACTS OF HARASSMENT.

27. ON SEPTEMBER 20, 2010, GOWANDA CORRECTIONAL FACILITY PROGRAM COMMITTEE UNLAWFULLY ARRESTED ME, ARRESTED MY LEGAL MAILS, SEARCHED AND SEIZED ME IN PERSON AND MY PROPERTIES WITHOUT RATIONAL BASIS; AND DENIED ME IMMEDIATE ACCESS TO STATE AND FEDERAL COURTS; BY DENYING ME ACCESS TO MAKE LEGAL COPIES; BECAUSE THEY DELIBERATELY SHUT-DOWN LAW LIBRARY COPIER MACHINE AND I COULD NOT SEND MY LEGAL MAILS TO COURTS. BUT ONLY TO DISCOVERED THAT THE DEFENDANTS JOINTLY HAS PUT IN PLACE UNCONSTITUTIONAL PLANS DESIGNED TO FURTHERANCE ONGOING DISCRIMINATORY AND RETALIATORY ACTS OF HARASSMENT AND CONSPIRACIES TO DENIED ME EQUAL PROTECTION AND ACCESS TO MEANINGFUL DUE PROCESS. THE STATE OF NEW YORK SECRETARY OF STATE, AND NEW YORK STATE SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES KNOWINGLY INFLUENCED THE U.S. DEPARTMENT OF STATE, U.S. PASSPORT NATIONAL CENTER, TO DENIED ME ACCESS TO RENEW MY U.S. PASSPORT; AND ALSO INFLUENCED DEPARTMENT OF MOTOR VEHICLES TO DENIED ME RENEWAL OF MY DRIVER'S LICENSE WITHOUT DUE PROCESS; VIA FALSE REPRESENTATION AND MISREPRESENTATION.

PAGES 17.

28. ON SEPTEMBER 20, 2010, THE DEFENDANTS JOINTLY INFLUENCED DEFENDANTS, KILKBUSH, URBANK, AND DALE ARTUS, to ARBITRARILY AND IRRATIONALLY SUBJECTED ME TO CRUEL AND UNUSUAL PUNISHMENT CONFINEMENT INSIDE PRISON WITHIN PRISON FOR 120-DAYS DISCIPLINARY KEEPLOCK IN RETALIATORY AND DISCRIMINATORY ACTS OF HARASSMENT BECAUSE I WROTE GRIEVANCE PETITIONS, FILED JUDICIAL MISCONDUCT COMPLAINTS AND FEDERAL CIVIL RIGHT ACTIONS; WHEREBY, I HAVE BEEN DENIED HUMAN RIGHTS, HUMAN LIBERTY, FREEDOM OF MOVEMENT, MEANINGFUL ACESS to DUE PROCESS, EXPRESSION, ASSOCIATION, PRIVILEGE, PROPERTIES, type-WRITER AND IMMUNITIES.

29. ON SEPTEMBER 20, 2010, THROUGH SEPTEMBER 23, 2010, I WAS SUBJECTED to 120-DAYS FALSE IMPRISONMENT SENTENCES; AND ADDITIONAL 120-DAYS FROM SEPTEMBER 20, 2010, to JANUARY 20, 2011, FALSE IMPRISONMENT WITHIN PRISON; VIA UNCONSTITUTIONAL DISCIPLINARY DECISIONS OBTAINED IN VIOLATION AND OMISSION OF THE STATE OF NEW YORK CONSTITUTION AND LAW; AND IN VIOLATIONS OF MY CONSTITUTIONAL RIGHTS PROTECTED BY THE UNITED STATES CONSTITUTION AND LAWS. I HAVE BEEN ARBITRARILY AND ERRATIONALLY SUBJECTED to 560-DAYS FALSE IMPRISONMENTS OBTAINED; VIA FALSE MISBEHAVIOR TIERS I, II AND III; - VIA FALSE AND FALSE ACCUSATIONS, FALSE ARRESTS, UNLAWFUL SEARCHES AND SEIZURES. I WAS REPEATEDLY PUNISHED ARBITRARILY FOR REMAINING IN SILENT to ANSWER QUESTION THAT I DID NOT HAVE AN ANSWER; WHILE SUFFERING FROM MOUTH INJURIES, PAINS AND SUFFERING FROM July 29, 2010 INJURIES.

PAGES 18.

30. ON SEPTEMBER 20, 2010, SEPTEMBER 21, 2010, AND SEPTEMBER 22, 2010, TIERS II AND III DISCIPLINARY GUILTY DECISION WERE ISSUED AND ENTERED BY DEFENDANTS KICKBUSH AND Lt. URBANK, WITHOUT RATIONAL BASIS; AND ARBITRARILY SUBJECTED ME TO KEEPLOCK FALSE IMPRISONMENTS OBTAINED VIA FALSE ALLEGATIONS, FALSE ARRESTS, UNLAWFUL SEARCHES AND SEIZURES DESIGNED TO FURTHERANCE ONGOING UNCONSTITUTIONAL COLLUSIONS AND CONSPIRACIES TO DENIED ME EQUAL PROTECTION AND MEANINGFUL ACCESS TO DUE PROCESS; AND A JOINTLY RETALIATORY AND DISCRIMINATORY SCHEMES DESIGNED TO HAVE ACCESS TO READ MY LEGAL MAILS WITHOUT MY CONSENT AND DENIED ME ACCESS TO COURTS.

31. I HAVE EVERY RIGHT TO REMAIN SILENT; MOREOSO, IF I HAVE NO ANSWER TO A PARTICULAR QUESTIONS ASKED BY GOWANDA CORRECTIONAL FACILITY PROGRAM COMMITTEE. ON SEPTEMBER 20, 2010, GOWANDA CORRECTIONAL FACILITY AUTHORITIES AND THE DEFENDANTS JOINTLY KNEW OR SHOULD HAVE KNOWN THAT ON July 29, 2010, I WAS PHYSICALLY ATTACKED AND I SUFFERED MOUTH INJURIES; AND CAUSING ME SEVERE AND EXCRUCIATING PAINS AND SUFFERING; AND MY MEDICAL CONDITIONS PREVENTED ME FROM SPEAKING OR TALKING ON SEPTEMBER 8, 2010. I WAS ARBITRARILY AND IRRATIONALLY PUNISHED BY THESE DEFENDANTS NAMED IN THIS ABOVE CAPTIONED CLAIM FOR NOT ABLE TO TALK AND FOR REMAINING SILENT DUE TO MOUTH PAINS. THE DEFENDANTS JOINTLY TARGETED ME, SINGLED ME OUT AND TAUNTED ME AND CAUSED ME PHYSICAL INJURIES AND BUSINESSES DAMAGES.

PAGE 19.

32. ON SEPTEMBER 8, 2010, SEPTEMBER 20, 2010,
SEPTEMBER 21, 2010, AND SEPTEMBER 22, 2010, INCLUDING July
13, 2010, July 14, 2010, JUNE 13, 2010 AND AUGUST 4, 2010,
I WAS TREATED DIFFERENTLY from OTHERS IN SIMILAR
SITUATIONS AND CIRCUMSTANCES BY Sgt. KORBAR, Lt. URBANK,
L. MACH, KICKBUSH, P. MILLICH, D. EVERTS, DALE ARTUS,
LATONA AND P. PIAZZA, JR., at GOWANDA CORRECTIONAL Facility,
At THE INFLUENCES of THE DEFENDANTS NAMED IN THIS
INSTANT ABOVE-CAPTIONED CLAIMS. AND THERE IS NO
RATIONAL BASIS FOR THE DIFFERENCE IN TREATMENT.
Also, FAILURE to TALK OR FAILURE TO SPEAK DUE to
EXCRUCIATING PAINS SHOULD HAVE NOT BE A BASIS NOR
GROUNDS to SUBJECT ME to FALSE IMPRISONMENT; INSTEAD,
I HAD EXPECTED THESE DEFENDANTS to INQUIRIES ABOUT
ADEQUATE MEDICAL CARE PROVISION. BUT I WAS REPEATEDLY
DENIED ADEQUATE MEDICAL CARE; HENCE I WAS UNABLE
to TALK NOR SPOKE ON SEPTEMBER 8, 2010, DUE to
SEVERE MOUTH AND EYE PAINS AND SUFFERING.

33. ON SEPTEMBER 9, 2010, THROUGH SEPTEMBER 22, 2010,
Lt. URBANK, CAPTAIN YEHL, AND KICKBUSH, DELIBERATELY
AND RECKLESSLY DISREGARDED NYSDOCS DIRECTIVES 3090,
CLASSIFICATION 3.34, SUPERSEDES POLICY 3.311 DATED
JANUARY 22, 2007, RENEWED MARCH 25, 2009. DIRECTIVES
3090 (POLICY I), DIRECTIVES 3090 (PROCEDURE 111(4)), STATED THAT
ROOM CLEANING SHALL CONSIST of; "SWEEPING, AND BUFFING
THE FLOOR, CLEANING WINDOWS, WINDOWS SILLS, UNDER BEDS,
LOCKERS TOPS AND ALL OTHERS SURFACES WHICH must
BE CLEANED to THE OFFICERS SPECIFICATIONS."

PAGES 20.

34. BASED UPON DIRECTIVES 3090 NYSDOCS UNDER THE DEFENDANTS POLICIES, CUSTOMS, PRACTICES AND SANCTIONED BY THESE DEFENDANTS JOINTLY AT POLICY I, PROCEDURE III(4), POSTED AT AN3 HOUSE AT GOWANDA CORRECTIONAL FACILITY, HAVING CLASSIFICATIONS 3.3II, SUPERSEDES POLICIES 3.3II DATED JANUARY 22, 2007; UPDATED MARCH 25, 2009, ROOM CLEANING DID NOT SPECIFY TO INCLUDE UNDER LOCKER; HENCE AND AS A RESULT, RULE VIOLATIONS 118.30 MISBEHAVIOR TIER I USED TO OBTAINED TIER II IS NOT APPLICABLE AND IT SHOULD HAVE NEVER BE USED TO OBTAINED UNCONSTITUTIONAL PUNISHMENT BY SGT. KURBAR; LT. URBANK; CAPTAIN YEHL; AND P. MILLICH.

35. CAPTAIN YEHL AND LT. URBANK ARBITRARILY AND IRRATIONALLY DISREGARDED NYSDOCS DIRECTIVES 3090 POLICY AND PROCEDURES TO SUBJECT ME TO CRUEL AND UNUSUAL PUNISHMENT FALSE ARREST AND UNLAWFUL ARREST, IN RETALIATORY AND DISCRIMINATORY ACTS OF CALCULATED MALICIOUSLY DESIGNED HARASSMENT IN RECKLESS DISREGARDS TO MY CONSTITUTIONAL RIGHT UPON THEIR IDENTIFICATION OF MY RACE, COLOR, ETHNIC ORIGIN AND NATIONAL ORIGINS.

36. ON SEPTEMBER 21, 2010, LT. URBANK, IRRATIONALLY AND ARBITRARILY SUBJECTED ME TO CRUEL AND UNUSUAL PUNISHMENT CONFINEMENT 60-DAYS KEEPLOCK INSIDE PRISON WITHIN PRISON WITHOUT COMPLYING TO NYSDOCS RULES, DIRECTIVES, REGULATIONS, AND PROCEDURES. TIER I USED BY P. MILLICH TO OBTAINED TIER II DIRECT ORDER WAS VACATED BY CAPTAIN YEHL. THERE IS NO PLACE IN ANY COURT HAVING JURISDICTION WITHIN THE UNITED STATES OF AMERICA WHERE

PAGES 21.

VACATED JUDGMENTS IS USED to OBTAINED PUNISHMENT. VACATED JUDGMENT NORMALLY SET ASIDE ALL PRIOR PUNISHMENT ISSUED AND ENTERED. Capt. YEHL DISREGARDED my HUMAN RIGHT AND my HUMAN LIBERTY, INCLUDING JUDGE SANDRA J. FEUERSTEIN ACTING IN RECKLESS DISREGARD TO THE U.S. CONSTITUTION AND LAW AT THE INFLUENCE OF THE DEFENDANTS.

37. TIER I MISBEHAVIOR REPORT ISSUED By P. MILLICH, WAS VACATED By Capt. YEHL; YET, Capt. YEHL, ASSERTED THAT PUNISHMENT WAS UNCHANGED; AND CONTRADICTED THE RULES OF LAW AND ORDER SANCTIONED BY THE DEFENDANTS, NYSDOCS AND ENDORSED By BRIAN FISCHER; ANDREW M. CUOMO; AND THESE DEFENDANTS JOINTLY. I HAVE BEEN ARBITRARILY AND IRRATIONALLY PUNISHED IN RETALIATORY AND DISCRIMINATORY ACTS OF HARASSMENT IN OVERT AGREEMENT BY THE DEFENDANTS BASED UPON THE IDENTIFICATION OF MY RACE, COLOR, AND ETHNIC ORIGIN (NATIONAL ORIGIN) -

38. TIER I, DISPOSITION, C.O.P. MILLICH, DIRECT ORDER to CLEAN UNDER LOCKER WAS VACATED, SET ASIDE, AND WAS DECLARED NULL AND VOID; By CAPTAIN YEHL, THERE WAS NO DIRECT ORDER TO CLEAN UNDER LOCKER, AND THAT WAS A SUFFICIENT EVIDENCE to PROVE THAT C.O.P. MILLICH, LIED; AND LYING OR LIE IS AN ELEMENT OF PERJURY; AND PERJURY BY ITSELF IS AN ELEMENTS OF FRAUD, OMISSION, AND IT IS AN UNCONSTITUTIONAL VIOLATIONS. C.O.P. MILLICH, COMMITTED PERJURY, FRAUD FABRICATION AND LIES UNDER THE SUPERVISION AND IN OVERT AGREEMENT OF THESE DEFENDANTS NAMED IN THE ABOVE-CAPTIONED CLAIMS AT THE DIRECT CONSENT OF

PAGE 22.

SGt. KORBAR, KICKBUSH; DALE ARTUS, LATONA; PIAZZA; AND J. HESSEL,
WITHOUT RATIONAL BASIS. THE ELEMENT OF FRAUD EXIST IN
TIER I, ISSUED BY P. MILLICH, USED TO OBTAINED TIER II BY
P. MILLICH AND LT. URBANK, BOTH TIERS I AND II ISSUED BY
P. MILLICH WERE UNCONSTITUTIONALLY USED BY LT. URBANK AND
CAPT. YEHL, TO SUBJECT ME TO FALSE IMPRISONMENT ON July 13,
2010 THROUGH SEPTEMBER 22, 2010 AND THEREAFTER TO
PRESENT.

39. I, AROR ARK O'DIAH, BELIEVES AND ALLEGES THAT P. MILLICH,
LT. URBANK; LATONA; KICKBUSH, AND P. PAIZZA, JR., RELIED ON THE
DEFENDANTS NAMED IN THIS ABOVE CAPTIONED CLAIM TO ARBITRARILY
AND IRRATIONALLY USED FRAUDULENTLY OBTAINED TIER I, II AND III
FALSE MISBEHAVIOR DISCIPLINARY REPORTS; VIA FALSE ALLEGATIONS,
TO EFFECT FALSE ARRESTS, UNLAWFUL MALICIOUS SEARCHES AND
SEIZURES, AND TO REPEATED SUBJECTED ME TO FALSE IMPRISONMENT
ON July 13, 2010, AND THEREAFTER TO INFLICT AND IMPOSED
UPON ME 240-DAYS KEEPLOCK CRUEL AND UNUSUAL
PUNISHMENT CONFINEMENT.

40. THE UNITED STATES CONSTITUTION AND LAW; AND THE STATE
OF NEW YORK CONSTITUTION AND LAW; PROHIBITS THE UNCONSTITUTIONAL
USED OF FALSE EVIDENCE PLACED IN EVIDENCE; VIA FRAUD
AND PERJURY TO ENTER JUDGMENT. I, AROR ARK O'DIAH,
ASSERT, BELIEVES AND ALLEGES THAT JUDGMENTS OBTAINED
IN VIOLATIONS OF THE U.S./N.Y.S. CONSTITUTIONS MUST BE
DECLARED NULL AND AVOID. JUDGE SANDRA J. FEUERSTEIN,
WAS INFLUENCED BY THESE DEFENDANTS TO DENIED ME
EQUAL ACCESS TO COURT VIA UNCONSTITUTIONAL CONSPIRACIES.

PAGES 23.

41. I, AROR ARK O'DIAH, BELIEVES AND ALLEGES THAT I HAVE BEEN TREATED DIFFERENTLY BY JUDGE SANDRA J. FEUERSTEIN, JUSTICE ARTHUR COOPERMAN; JUSTICE RANDALL ENG; JUSTICE GRIFFIN; AND JUSTICE BARRY KRON, AT THE UNCONSTITUTIONAL INFLUENCES BY THESE DEFENDANTS from OTHERS IN SIMILAR SITUATIONS AND CIRCUMSTANCES, AND THERE IS NO RATIONAL BASIS FOR THE DIFFERENT TREATMENT. I BELIEVES AND ALLEGES THAT I HAVE BEEN TREATED DIFFERENTLY BASED upon THE IDENTIFICATION OF MY NATIONAL ORIGIN, ETHNIC ORIGIN, RACE, COLOR, AND FOR WRITING GRIEVANCE PETITIONS, FILED JUDICIAL MISCONDUCT COMPLAINT AND FILED FEDERAL CIVIL RIGHT ACTIONS.

42. ON SEPTEMBER 21, 2010, Lt. URBANK, SUBJECTED ME TO ARBITRARY AND IRRATIONALLY OBTAINED TIER I AND TIER II ISSUED BY P. MILLICH, TO PLACED ME INTO KEEPLOCK CRUEL AND UNUSUAL PUNISHMENT CONFINEMENT 60-DAYS INSIDE PRISON WITHIN PRISON; AND DENIED ME ALL HUMAN RIGHTS AND HUMAN LIBERTY UNDER COLOR OF STATE LAW IN VIOLATIONS OF THE UNITED STATES CONSTITUTION AND LAWS; AND VIOLATIONS OF THE NEW YORK STATE CONSTITUTION AND LAW.

43. ON SEPTEMBER 22, 2010, Lt. URBANK, SUBJECTED ME TO ARBITRARLLY AND IRRATIONALLY UNCONSTITUTIONAL CRUEL AND UNUSUAL PUNISHMENT CONFINEMENT; BY USE OF FRAUDULENTLY OBTAINED TIER I, TO OBTAINED TIER II MISBEHAVIOR REPORT TO PLACE ME INTO 60-DAY TO 120-DAYS KEEPLOCK FALSE IMPRISONMENTS UNCONSTITUTIONALLY IN VIOLATIONS OF DOUBLE JEOPARDY DOCTRINE, AFTER I WAS WRONGFULLY

PAGES 24.

PUNISHED ON SEPTEMBER 21, 2010, FOR TIER I MISBEHAVIOR REPORT VACATED BY CAPTAIN YEHL; BUT TIER I, WAS REPEATEDLY UNLAWFULLY USED TO RE-SUBJECTED ME TO FALSE IMPRISONMENT IN RECKLESS DISREGARD TO THE TRUTH, IN RECKLESS DISREGARD FOR THE U.S. CONSTITUTION AND NEW YORK STATE CONSTITUTION, UPON THE IDENTIFICATION OF MY RACE, COLOR, ETHNIC AND NATIONAL ORIGINS, SANCTIONED AND ENDORSED BY THE DEFENDANTS JOINTLY, IN RECKLESS REGARDS FOR MY CONSTITUTIONAL RIGHTS, PRIVILEGES AND IMMUNITIES; IN SYSTEMATIC RECKLESS LACK OF ATTENTION TO THE TRUTH.

44.   I AM ALLEGING THAT I HAVE BEEN UNCONSTITUTIONALLY KIDNAPPED BY THE STATE OF NEW YORK AND ITS AUTHORITIES IN OVERT AGREEMENT IN AN ONGOING CONSTITUTIONAL COLLUSION AND CONSPIRACIES; VIA RETALIATORY AND DISCRIMINATORY ACTS of HARASSMENT INTO THE STATE OF NEW YORK CORRECTIONAL FACILITIES AND PRISONS BECAUSE I WROTE GRIEVANCES PETITIONS, FILED JUDICIAL MISCONDUCTS COMPLAINT, AND FILED FEDERAL CIVIL RIGHT ACTION AFTER THE COLD AND CALCULATED COLD BLOODED MURDER OF TWO ASSOCIATES of MY AFRICAN ORGANIZATIONAL AND CORPORATE PROGRAM WITH 41 AND 50 BULLETS IN THE CITY of NEW YORK.

45.   I HAVE BEEN DENIED MEANING ACCESS to DUE PROCESS JOINTLY BY THESE DEFENDANTS, AND I HAVE BEEN REPEATEDLY DENIED EQUAL ACCESS to COURTS, AND my LEGAL MAILS HAS BEEN SUBJECTED TO SEARCHES AND SEIZURES WITHOUT RATIONAL BASIS. I WAS REPEATEDLY DENIED HOT WATER WHILE SERVING AND PLACED INSIDE UNCONSTITUTIONAL KEEPLOCK

PAGE 25

AT GOWANDA CORRECTIONAL FACILITY IN RECKLESS DISREGARD
TO MY HEALTH AND SAFETY.

46. I HAVE BEEN REPEATEDLY RECKLESSLY DISREGARDED
BY THE DEFENDANTS JOINTLY AND SUBJECTED TO ARBITRARILY
AND IRRATIONAL CRUEL AND UNUSUAL CONTAINMENT; VIA
ABUSIVE USE OF EXCESSIVE POWER; VIA CONTRIVED AND
FALSE MISBEHAVIOR TIERS I, II AND III ISSUED AND OBTAINED
BY THE DEFENDANTS JOINTLY; VIA UNCONSTITUTIONAL
POLICIES SANCTIONED BY THE DEFENDANTS IN SYSTEMATIC
VIOLATIONS OF THE U.S. CONSTITUTION AND LAWS.

47. THE DEFENDANTS JOINTLY TARGETED ME, TAUNTED ME,
SINGLED ME OUT IN ONGOING UNCONSTITUTIONAL COLLUSION AND
CONSPIRACIES TO SUBJECT ME TO UNLAWFUL ARRESTS, SEARCHES AND
SEIZURES OF ME AND MY BUSINESSES; BY INFLUENCING THE STATE OF
NEW YORK DEPARTMENT OF MOTOR VEHICLES TO UNLAWFULLY
SUSPEND MY DRIVER'S LICENSE WITHOUT RATIONAL BASIS BUT LATER
SENT ME A NOTICE OF RESTORATION OF MY DRIVER'S LICENSE AND
AUTHORIZED ME TO OPERATE MOTOR VEHICLE AFTER THE ISSUANCE AND
ENTRY OF ORDER OF STAY; BUT SOON THEREAFTER, ONLY TO DISCOVERED
THAT IT WAS A SET UP, DESIGNED TO FRAME ME UP INTO ENTRAPMENT
TO OPERATION OF MOTOR VEHICLE SO THAT TO EFFECT UNLAWFUL
ARREST, SEARCHES, AND SEIZURES; VIA CONTRIVED EVIDENCE PLACED
IN EVIDENCES, SO THAT VERDICT OF GUILTY AND CONVICTIONS WERE ASSURED.
THE DEFENDANTS JOINTLY HAS BEEN ATTEMPTING TO FILE FALSE CRIMINAL CHARGES
AGAINST ME; VIA UNLAWFUL ENTRAPMENTS; BY PLACING ME INTO
HOSTILE WORKING ENVIRONMENTS AND PLANTED MY ATTACKER
TO PREY ON ME; VIA WORK PROGRAM ASSIGNMENT, TO SUBJECT ME

PAGE 26

ME TO REPEATED THREAT OF IRREPARABLE (HARM) (DEATH THREAT AND FALSE IMPRISONMENTS) SANCTIONED AND ENDORSED BY THE DEFENDANTS JOINTLY IN OVERT AGREEMENT UNDER COLOR STATE LAW).

48. THE DEFENDANTS JOINTLY COLLUDED IN UNCONSTITUTIONAL ONGOING RETALIATORY AND DISCRIMINATORY ACTS OF CONSPIRACIES TO FALSELY REPRESENTED AND MISREPRESENTED ME TO U.S. DEPARTMENT (U.S. DEPARTMENT) OF STATE NATIONAL U.S. PASSPORT CENTER; BY FALSELY ALLEGING THAT I OWE NEW YORK STATE CHILD SUPPORT ARREARS IN THE AMOUNT OF $5,000.00 to $15,000.00 WITHOUT DUE PROCESS; AS A RESULT, MY U.S. CITIZENSHIP RIGHTS TO HAVE A U.S. PASSPORT AND RENEW MY U.S. PASSPORT WAS DENIED WITHOUT RATIONAL BASIS. FURTHERMORE, BASED ON THE SAME FALSE REPRESENTATIONS, AND MISREPRESENTATION MADE BY THESE DEFENDANTS, JOINTLY, MY NEW YORK STATE DRIVER'S LICENSE RENEWAL WAS DENIED. AS A RESULT, I WAS UNABLE TO CONDUCT MY OWN PRIVATE BUSINESSES, AND MY CONSTITUTIONAL RIGHTS TO PURSUES OF HAPPINESS, LIFE, PROTECTION, SAFETY, PRIVILEGES, AND IMMUNITIES PROTECTED BY THE U.S./N.Y.S. CONSTITUTIONS AND LAWS WERE MALICIOUSLY AND RECKLESSLY ARBITRARILY AND IRRATIONALLY DENIED.

49. THE DEFENDANTS JOINTLY KNOWINGLY CONTRIVED FALSE EVIDENCES AND PLACED FALSE EVIDENCE IN EVIDENCE VIA FRAUD AND PERJURY TO PROCURED AND OBTAINED MY INDICTMENTS NUMBERS 3719/02 AND 1806/06; VIA USE of FALSE POLICE MEDICAL REPORTS, FALSE TESTIMONIES, FABRICATIONS, VIA INEFFECTIVE ASSISTANCE of COUNSELS AND PROSECUTORIAL MISCONDUCT IN TRIALS INFECTED WITH PERJURY AND BIASED AND PREJUDICES JUDGES.

PAGES 27.

50. THE DEFENDANTS JOINTLY HAS TREATED ME DIFFERENTLY FROM OTHERS IN SIMILAR SITUATION AND CIRCUMSTANCES AND THERE IS NO RATIONAL BASIS FOR THE DIFFERENT TREATMENT. NEW YORK STATE SECRETARY OF STATE; AND NEW YORK STATE DEPARTMENT OF HEALTH AND HUMAN SERVICES JOINTLY RECKLESSLY AND INTENTIONALLY FALSELY REPRESENTED AND MISREPRESENTED ME TO U.S. DEPARTMENT OF STATE; NATIONAL U.S. PASSPORT CENTER, TO DENIED ME RENEWAL OF MY U.S. PASSPORT WITHOUT DUE PROCESS AND WITHOUT RATIONAL BASIS; VIA NEW YORK STATE DEPARTMENT OF HEALTH AND HUMAN SERVICES TO NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES UPON THEIR IDENTIFICATION OF MY NATIONAL ORIGIN, ETHNIC ORIGIN, RACE AND COLOR; VIA UNCONSTITUTIONAL RETALIATORY AND DISCRIMINATORY ACTS OF CALCULATED MALICIOUSLY DESIGNED JOINT HARASSMENT IN OVERT AGREEMENT UNDER COLOR OF STATE LAW; IN RECKLESS DISREGARD TO MY CONSTITUTIONAL RIGHT TO EQUAL RIGHT, AND PROTECTION; VIA DENIAL OF MEANINGFUL ACCESS TO DUE PROCESS.

51. THE DEFENDANTS JOINTLY AGREED IN OVERT; VIA UNCONSTITUTIONAL COLLUSION IN ONGOING CONSPIRACIES TO ASSIGNED ME INEFFECTIVE ASSISTANCE OF COUNSELS; BY EVIL DESIGNED; AND I WAS REPEATEDLY DENIED MY CONSTITUTIONAL RIGHT TO PARTICIPATES IN MY OWN CRIMINAL TRIALS AND APPEALS PROCESS AND PROCEEDINGS. JAMES EDWARD PELZER, DENIED ME MY CONSTITUTIONAL RIGHT TO SUBMIT MY OWN SUPPLEMENTAL BRIEF IN MY APPEAL DELIBERATELY; IN OVERT AGREEMENT, JOINTLY WITH THE DEFENDANTS NAMED IN THIS INSTANT CLAIM, WITH INTENTIONAL MALICIOUSLY CALCULATED UNCONSTITUTIONAL SCHEMES TO DENIED ME EQUAL PROTECTION, AND DENIED ME MEANINGFUL ACCESS TO PARTICIPATES IN MY OWN APPEALS PROCESS.

52. THE DEFENDANTS JOINTLY AGREED IN OVERT IN ONGOING DISCRIMINATORY AND RETALIATORY ACTS of UNCONSTITUTIONAL COLLUSION AND CONSPIRACIES to REPEATEDLY DENIED my CONSTITUTIONAL RIGHT to SUBSTITUTE COUNSELS; AND my CONSTITUTIONAL RIGHT TO SELF-REPRESENTATION WAS ALSO DENIED AT TRIALS AND APPEALS. I WAS DENIED my RIGHTS to TESTIFIED BEFORE GRAND JURY, JUDGES BENCH TRIAL AND BEFORE JURY. My POTENTIAL KEY EYE WITNESSES WERE DENIED THEIR CONSTITUTIONAL RIGHTS TO APPEAR IN COURTS TO TESTIFY TRUTHFULLY BEFORE GRAND JURY AND JURY AT THE INFLUENCE OF JUDGE SANDRA J. FEUERSTEIN; JUSTICE RANDALL ENG; JUSTICE GRIFFIN; JUSTICE BARRY KRON; JUDGE LOPEZ; ANDREW M. CUOMO; AND ALL NAMED DEFENDANTS JOINTLY VIA RETALIATION BECAUSE I FILED JUDICIAL MISCONDUCT COMPLAINTS. I WAS REPEATEDLY DENIED my CONSTITUTIONAL RIGHT to SUBMIT my OWN SUPPLEMENTAL BRIEF WITHOUT RATIONAL BASIS BY JAMES EDWARD PELZER; AND BY APPELLATE DIVISION SECOND JUDICIAL DEPARTMENT AT THE INFLUENCES OF JUSTICES AND DISTRICTS ATTORNEYS AT KINGS, NASSAU, QUEENS AND NEW YORK COUNTIES; VIA UNCONSTITUTIONAL RETALIATORY AND DISCRIMINATORY ACTS; VIA DELIBERATE INDIFFERENCE TREATMENT. By ALL THE DEFENDANTS NAMED IN THIS INSTANT ABOVE CAPTIONED CLAIMS. My OWN EVIDENCES THAT WERE FAVORABLE TO my OWN DEFENSES WERE EXCLUDED FROM TRIAL AND FROM JURY DELIBERATIONS FROM EVIDENCE BY JUSTICE RANDALL ENG, AND JUSTICE ARTHUR COOPERMAN; VIA UNCONSTITUTIONAL BIASES AND PREJUDICES; AND FALSE POLICE OFFICERS WHO WERE NOT PRESENT AT THE SCENES OF my UNLAWFUL ARRESTS WERE PLACED IN EVIDENCES WITH FALSE MEDICAL REPORTS; VIA INEFFECTIVE ASSISTANCE OF TRIAL AND APPELLATE COUNSELS, PROSECUTORIAL MISCONDUCT AND

PAGES 29.

RACIALLY MOTIVATED BIASED AND PREJUDICED JUDGES UPON THEIR
IDENTIFICATION OF MY NATIONAL ORIGIN, RACE, AND COLOR AT THE
UNCONSTITUTIONAL INFLUENCE OF JUDGE SANDRA J. FEUERSTEIN,
AND INCLUDING THE DEFENDANTS NAMED IN THIS INSTANT CLAIM.
MY TRIALS WERE INFECTED WITH FABRICATIONS, FALSE STATEMENTS,
FRAUD AND PERJURED TESTIMONIES BY GOVERNMENT WITNESSES
KNOWINGLY AND RECKLESS DISREGARDS to THE U.S. CONSTITUTION
AND LAW. MY COURTS APPOINTED COUNSELS TOLD JURY TO CONVICT
ME, AND ALSO FILED FALSELY REPRESENTED AND MISREPRESENTED
AFFIRMATION to JOINED PROSECUTOR IN OPPOSITION to MY
COLLATERAL MOTIONS; VIA MALICE BUT WITHOUT EVIDENCE NOR
SUFFICIENT EVIDENCE to PROCURED MY CONVICTIONS, AND THESE
OMISSIONS TANTAMOUNTED to SERIOUS CONSTITUTIONAL ERRORS,
SERIOUS PREJUDICE AND SERIOUS IRREPARABLE INJURIES
(FALSE IMPRISONMENTS).

53. THE DEFENDANTS JOINTLY CONTINUED IN ONGOING COLLUSIONS
VIA UNCONSTITUTIONAL CONSPIRACIES to UNDULY INFLUENCED JUDGE
SANDRA J. FEUERSTEIN, AT THE U.S. DISTRICT COURT FOR THE EASTERN
DISTRICT of NEW YORK AT BROOKLYN to HINDER, IMPEDE, OBSTRUCT,
AND UNCONSTITUTIONALLY DELAYED THE REVIEW of MY PETITION FOR
WRIT of HABEAS CORPUS UNDER 28 U.S.C.S. 2254, WITHOUT
RATIONAL BASIS, AND WITHOUT DUE PROCESS. I HAVE BEEN
A VICTIM of MISCARRIAGED of JUSTICE UNDER DURESS AND
COERCION; VIA RACIALLY MOTIVATED OPPRESSION.

54. CHIEF JUDGE JONATHAN LIPPMAN, of THE NEW YORK
STATE COURT of APPEALS KNEW OR SHOULD HAVE KNOWN
ABOUT PLANS IN PLACE to DENIED ME ACCESS to COURTS

PAGES 30.

IN ONGOING UNCONSTITUTIONAL COLLUSION AND CONSPIRACIES TO
DENIED ME EQUAL ACCESS AND PROTECTION TO MEANINGFUL DUE
PROCESS BUT HE FAILED TO PREVENT IT FROM ACCOMPLISHING
ITS UNCONSTITUTIONAL PURPOSE IN A JOINT RACIALLY MOTIVATED
ATTEMPT TO COVER-UP HIS NEW YORK CITY JUDGES AND JUSTICES
ASSOCIATES INVOLVED IN THE EVIL UNCONSTITUTIONAL POLICIES,
CUSTOMS AND PRACTICES TANTAMOUNTED TO GROSS UNCONSTITUTIONAL
JUDICIAL CORRUPTIONS ENDORSED AND SANCTIONED UNCONSTITUTIONALLY
IN OVERT AGREEMENT WITHOUT RATIONAL BASIS IN SYSTEMATIC
VIOLATIONS of THE U.S. CONSTITUTION AND LAWS.

55. I HAVE BEEN DENIED MEANINGFUL ACCESS TO DUE PROCESS
AND I HAVE BEEN REPEATEDLY DENIED EQUAL PROTECTIONS AND EQUAL
ACCESS TO COURTS; AND MY LEGAL MAILS HAS BEEN SUBJECTED TO UNLAWFUL
SEARCHES AND SEIZURES WITHOUT RATIONAL BASIS. I HAVE BEEN
REPEATEDLY SUBJECTED TO WRONGFUL CONVICTIONS.

56. GOWANDA CORRECTIONAL FACILITY HAVE DENIED ME
ACCESS TO MY OWN FOOD; AND HAVE REPEATEDLY DENIED ME
PROPER FOOD WHILE SERVING UNCONSTITUTIONAL KEEPLOCKS
OBTAINED VIA FALSE ACCUSATIONS IN THEIR TIERSE, II AND III.
I HAVE BEEN REPEATEDLY SERVED FOOD LESS THAN THE HALF
OF THE FOOD SERVED IN THE GOWANDA CORRECTIONAL FACILITY
PRISON POPULATION WITHOUT RATIONAL BASIS.

57. SUPERINTENDENT DALE ARTUS, CONTINUE TO FAIL TO
MAKE DECISION ON MY TIER II APPEALS of THE HEARING
CONDUCTED ON SEPTEMBER 21, 2010, IN SYSTEMATIC VIOLATIONS
OF NYSDOCS RULES, DIRECTIVES, AND PROCEDURES WITHOUT RATIONAL BASIS.

PAGES 31.

58. THE UNITED STATES IS NOT A COMMUNIST COUNTRY NOR IS THE UNITED STATES A THIRD WORLD COUNTRY. I HAVE BEEN TREATED ALMOST THE SAME AND SIMILAR WAY THE NAZI REGIME OF ADOLF HITLER (ADOLF HITLER) OF GERMANY TREATED THE JEWS AND CHRISTIANS WITHOUT RATIONAL BASIS. I HAVE BEEN STARVED; AND THE PAINS OF HUNGER CAUSED ME MENTAL ANGUISH.

59. THE DEFENDANTS JOINTLY HAS SUBJECTED ME TO THE THREAT OF IRREPARABLE HARM (DEATH THREAT AND FALSE IMPRISONMENTS). I HAVE BEEN INTENTIONALLY CONFINED. I WAS CONSCIOUS OF THE CONFINEMENT. I DID NOT CONSENT TO THE CONFINEMENT. THE CONFINEMENTS WAS NOT OTHERWISE JUSTIFIED BECAUSE THE DEFENDANTS KNEW OR SHOULD HAVE KNOWN THAT THE CONFINEMENTS WERE OBTAINED VIA FALSE ACCUSATIONS, FALSE ARREST, SEARCHES, SEIZURES, AND CONTRIVED EVIDENCE WERE PLACED IN EVIDENCE AS SYSTEMATIC OMISSIONS AND VIOLATIONS OF THE UNITED STATES CONSTITUTIONS AND LAWS; AND REPEATED RECKLESS DISREGARDS FOR THE STATE OF NEW YORK CONSTITUTIONS AND LAWS.

60. ANDREW M. CUOMO, NEW YORK STATE ATTORNEY GENERAL KNEW OR SHOULD HAVE KNOWN ABOUT THE ONGOING UNCONSTITUTIONAL CONSPIRACIES TO INJURED ME BUT HE FAILED TO PREVENT IT FROM ACCOMPLISHING ITS PURPOSE. NEW YORK STATE SECRETARY OF STATE, AND NEW YORK STATE SECRETARY OF DEPARTMENT OF HEALTH AND HUMAN SERVICES KNEW OR SHOULD HAVE KNOWN ABOUT MY INNOCENT; YET, THEY JOINTLY FALSELY REPRESENTED AND MISREPRESENTED THE FACTS TO U.S. DEPARTMENT OF STATE.

PAGES 32.

61.   NEW YORK STATE ATTORNEY GENERAL ANDREW M. CUOMO:
WAS MADE AWARE OF THE ONGOING UNCONSTITUTIONAL Collusion
AND CONSPIRACIES JOINTly WITH ALL THE DEFENDANTS WHOSE
NAMES APPEARED IN THE ABOVE-CAPTIONED CLAIMS to INJURE
ME, DENIED ME EQUAL PROTECTION AND DENY ME ACCESS, EQUAL
AND MEANINGful ACCESS to DUE PROCESS, AND DENIED ME ACCESS
to STATE AND FEDERAL COURTS BUT HE FAILED to PREVENT
THE UNCONSTITUTIONAL ONGOING CONSPIRACIES HIS OFFICIAL AND HIS
INDIVIDUAL CAPACICIES FROM ACCOMPLISHING its PURPOSES
UNDER COLOR of STATE LAWS.

62.   ANDREW M. CUOMO, KNEW OR SHOULD HAVE KNOWN
ABOUT PLANS, IN PLACE DESIGNED TO FURTHERANCE THE ONGOING
UNCONSTITUTIONAL COLLUSION AND CONSPIRACIES to SUBJECT ME
TO THREAT OF IRREPARABLE HARM (DEATH THREAT AND FALSE
IMPRISONMENTs) AND PERSONAL PHYSICAL INJURIES BUT HE FAILED
TO PREVENT IT FROM ACCOMPLISHING its PURPOSE; VIA
DELIBERATE INDIFFERENCE.

63.   ANDREW M. CUOMO, AHORNEY GENERAL of THE STATE of
NEW YORK; SHERRILL SPATZ, INSPECTOR GENERAL of THE STATE of NEW
YORK; STATE of NEW YORK SECRETARY of STATE; STATE of NEW YORK
DEPARTMENT of HEALTH AND HUMAN SERVILES SECRETARY AND ALL
THE DEFENDANTS NAMED IN THIS INSTANT ABOVE-CAPTIONED
CLAIMS AND ACTION COLLUDED IN ONGOING UNCONSTITUTIONAL
CONSPIRACIES to INFLUENCED JUDGE SANDRA J. FEUERSTEIN,
MAGISTRATE JUDGE LOIS BLOOM, of THE UNITED STATES
DISTRICT COURT FOR THE EASTERN DISTRICT of NEW YORK
AT BROOKLYN AND CENTRAL ISLIP, AND JAMES

PAGES 33.

EDWARD PELZER AND JUSTICES AT THE SUPREME COURT APPELLATE
DIVISION SECOND JUDICIAL DEPARTMENT AND AT QUEENS County
SUPREME to HINDER, IMPEDES, DELAYED AND OBSTRUCT THE
FILING AND THE REVIEW of my PETITION FOR WRIT of HABEAS
CORPUS UNDER 28 U.S.C.S. 2254; AND THEY INFLUENCED
CHIEF JUDGE JONATHAN LIPPMAN to DENIED CERTIFICATE
of APPEALS AND REVIEW of my HABEAS CORPUS AND
CPLR 440.10, AFTER THE DEFENDANTS JOINTLY KIDNAPPED
ME INTO THEIR STATE PRISON.

64. ANDREW M. CUOMO, NEW YORK STATE ATTORNEY GENERAL;
JOINTLY WITH ALL THE DEFENDANTS NAMED IN THIS INSTANT
ABOVE-CAPTIONED CLAIMS AND ACTION AND COMPLAINT, UNCONSTITUTIONALLY
UNCONSTITUTIONALLY INFLUENCED JUDGE LORETTA A. PRESKA,
UNITED STATES DISTRICT COURT JUDGE; SANDRA J. FEUERSTEIN, UNITED
STATES DISTRICT COURT JUDGE; LOIS BLOOM, UNITED STATES MAGISTRATE
JUDGE; RANDALL ENG, JUSTICE; ARTHUR LOOPERMAN, JUSTICES;
GRIFFIN, JUSTICE; BARRY KRON, JUSTICE; YVONNE LEWIS, JUSTICE;
DAVID SULLIVAN, JUSTICE; APPELLATE DIVISION SECOND JUDICIAL
DEPARTMENT JUSTICES; COURT CLERKS AT THE SUPREME COURTS of
THE STATE of NEW YORK AT KINGS, NASSAU, AND QUEENS COUNTIES;
AND THEIR APPELLATE DIVISION JUSTICES; RICHARD BROWN, QUEENS
DISTRICT ATTORNEY AND THEIR PROSECUTORS; AND PORT
AUTHORITY of NEW YORK AND NEW JERSEY POLICE DEPARTMENT
AND HEREFORD INSURANCE COMPANY IN OVERT IN AGREEMENT
IN DISGUISE UNDER COLOR of STATE LAW to TARGETED ME,
TAUNTED ME, SINGLED ME out, SET ME up, FRAMED ME up,
ENTRAPPED ME, DENIED my RENEWAL of my REGULAR DRIVER'S
LICENSE, AND U.S. PASSPORT, AND UNCONSTITUTIONALLY INFLUENCED

PAGES 34.

U.S. DEPARTMENT of STATES; NEW YORK STATE DEPARTMENTS of STATE, AND HEALTH AND HUMAN SERVICES; AND MOTOR VEHICLES; to INFLUENCED NEW YORK CITY POLICE AND CRIMINAL AND CIVIL COURTS JUDGES (LOPEZ, JUDGE), AND PUBLIC OFFICIALS; AND NASSAU COUNTY OFFICIALS to SUBJECT ME to UNLAWFUL ARRESTS, SEARCHES, SEIZURES of ME IN PERSON, AND my BUSINESSES, AND DENIED ME MEANINGFUL ACCESS to DUE PROCESS; By KNOWINGLY, WILLINGLY AND RECKLESSLY DISREGARDED my CONSTITUTIONAL RIGHTS; PROTECTIONS, PRIVILEGES, AND IMMUNITIES; VIA INTENTIONAL DISREGARD to my CONSTITUTIONAL RIGHTS, HUMAN RIGHTS AND HUMAN LIBERTY; By ASSIGNING to ME, ATTORNEY DANIEL LIEBERSOHN, ESQ., AND DENISE A. CORSI, ESQ,; By DESIGNED to play THE ROLES of INEFFECTIVE ASSISTANCES of COUNSELS; AND FURTHER UNCONSTITUTIONALLY UNDULY INFLUENCED MEIR MOZA, ESQ,. ROBERT SoKolSKI, ESQ; FRANK GALCHUS, ESQ; STEPHEN BILHUS,ESQ, AND SENATOR SCHUMER AND SECRETARY of STATE H.R. CLINTON, KNEW OR SHOULD HAVE KNOWN ABOUT THE ONGOING CONSPIRACIES to DENIED ME EQUAL PROTECTION AND ACCESS to STATE AND FEDERAL COURTS, But FAILED to PREVENT ITS FROM ACCOMPLISHING ITS PURPOSES; VIA FALSE REPRESENTATIONS AND MISREPRESENTATIONS; VIA FAILURE to ADVOCATE my CONSTITUTIONAL RIGHT, AND DELIBERATE INDIFFERENCE; AND DELIBERATELY AND RECKLESSLY FAILED to FILE MOTIONS IN TIMELY MANNER, AND DENIED ME EQUAL ACCESS to DUE PROCESS, COURTS AND TO JUSTICES, RESULTED to MISCARRIAGED JUSTICE.

PAGES 35.

65. ANDREW A. CUOMO, ATTORNEY GENERAL OF THE State of New York, JOINTLY, WITH ALL THE DEFENDANTS NAMED IN THIS INSTANT ABOVE CAPTIONED CLAIMS; AND ACTION COMPLAINT, AND OF STATEMENT OF CLAIMS, AGREED IN OVERT, IN DISGUISE, UNDER Color of STATE LAW, IN A JOINTLY RACIALLY motivated UNConstitutional Collusion, IN ONGOING conspiracies, to INFLUENCED DAVID UNGER, Superintendent; DALE ARTUS, SUPERINTENDENT; MICHAEL CORCORAN; Superintendent; RONALD W. MOSCICKI, SUPERINTENDENT; SCOTT C. CARLSEN, Superintendent; MALCOLM R. Cully, Superintendent; NURSES; DOCTORS; CORRECTIONAL OFFICERS; AND HEREFORD INSURANCE COMPANY; UNDER UNWRITTEN UNConstitutional Policies, Customs AND UNJUST PRACTICES OF THE STATE OF NEW YORK, TO TARGET PEOPLE OF African ORIGIN (ETHNIC ORIGIN), INTO STATE AND MUNICIPAL PRISON; WHICH AMOUNTED to INCLUDES, TARGETING ME; BY UNConstitutional DESIGNED UNDER BRIAN FISCHER, NYSDOCS COMMISSIONER AND LESTER WRIGHT, MD, NYSDOCS CHIEF MEDICAL OFFICER, to SUBJECT ME to REPEATED DEATH THREAT; AS A PLOTTS; THEY DESIGNED to DETER, INTIMIDATES, HARASS, COERCE, DISCRIMINATES, RETALIATE, LYNCHED, DELAY, IMPEDES, TORTURE, TORMENT, AND DENIED ME my constitutional RIGHTS AND EQUAL ACCESS to MEANINGFUL DUE PROCESS AFTER I HAVE BEEN UNConstitutionally, KIDNAPPED INTO PRISON. THE STATE OF NEW YORK SECRETARY of STATE; STATE OF NEW YORK SECRETARY of DEPARTMENT of HEALTH AND HUMAN SERVICES; AND STATE OF NEW YORK DEPARTMENT of MOTOR VEHICLES COMMISSIONERS AND ADMINISTRATIVE JUDGES INFLUENCED U.S. DEPARTMENT of STATE to DENIED ME THE RENEWAL of my U.S. PASSPORT WITHOUT RATIONAL BASIS VIA RETALIATORY AND DISCRIMINATORY ACTS.

PAGES 36.

66. THE DEFENDANTS WHOSE NAMES APPEARED IN THIS INSTANT ABOVE CAPTIONED CLAIMS, JOINTLY, UNDER ONGOING UNCONSTITUTIONAL DISCRIMINATORY AND RETALIATORY ACTS OF MALICIOUSLY DESIGNED CALCULATED HARASSMENT; HAS KNOWINGLY, MALICIOUSLY, INTENTIONALLY AND CALLOUSLY AND VICIOUSLY, JOINTLY AND REPEATEDLY, TARGETED ME, TAUNTED ME, SINGLED ME OUT, TORTURED ME, TORMENTED ME, INJURED ME ON July 29, 2010; AND THEY HAS JOINTLY HAVE INTENTIONALLY AND RECKLESSLY PLACE ME INSIDE EGREGIOUS COERCIVE AND DEMONSTRABLY HOSTILE ENVIRONMENT, SET ME UP, FRAMED ME AND ATTEMPTED SEVERAL TIMES TO ENTRAPPED ME INTO VERY DANGEROUS WORKING ENVIRONMENT, DELIBERATELY; AS A CALCULATED MALICIOUSLY KNOWINGLY DESIGNED PLOTTS TO MURDER ME IN NEW YORK CITY FAILED.

67. I AM AN INNOCENT MAN KIDNAPPED INTO STATE OF NEW YORK CORRECTIONAL FACILITIES VIA false REPRESENTATION AND MISREPRESENTATION; BY THE STATE OF NEW YORK, AND ITS AGENTS, AND ITS AUTHORITIES, IN OVERT IN AGREEMENT UNDER COLOR OF STATE LAWS IN RETALIATORY AND DISCRIMINATORY ACTS OF HARASSMENTS, TO KNOWINGLY AND PURPOSELY DESIGNED TO DENIED AND OBSTRUCT MY CONSTITUTIONAL RIGHTS TO MEANINGFUL DUE PROCESS AND DENIED ME EQUAL PROTECTION AND ACCESS TO COURTS. THE NEW YORK STATE SECRETARY OF STATE; NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES COMMISSIONERS AND ADMINISTRATIVE LAW JUDGES, AND DEPARTMENT OF HEALTH AND HUMAN SERVICES LYNCHED AND DISCREDITED ME VIA FALSE REPRESENTATION AND MISREPRESENTATION TO U.S. DEPARTMENT OF STATE.

PAGES 37.

68. THE DEFENDANTS WHOSE NAMES APPEARED AND NAMED IN THIS INSTANT ABOVE CAPTIONED ACTION AND CLAIMS HAS JOINTLY TREATED ME DIFFERENTLY FROM OTHERS IN SIMILAR SITUATIONS AND CIRCUMSTANCES; AND THERE IS NO RATIONAL BASIS FOR THE DIFFERENT TREATMENT. VIA DENIAL OF MEANINGFUL ACCESS TO DUE PROCESS, KIDNAPPED ME INTO STATE PRISON WITHOUT DUE PROCESS; DENIED ME EQUAL PROTECTION; DENIED ME EQUAL ACCESS TO COURTS; DENIED ME ADEQUATE MEDICAL CARE; AND THEY ATTEMPTED TO MURDER ME, AND THEY REPEATEDLY SUBJECTED ME TO CRUEL AND UNUSUAL PUNISHMENT CONFINEMENTS; VIA ABUSIVE USE OF STATE POWER, AS THEY RELIED ON THE STATE OF NEW YORK, AS THEIR SHIELD TO PROMOTES THE UNCONSTITUTIONAL POLICIES, CUSTOMS AND DISCRIMINATORY AND RETALIATORY ACTS OF HARASSMENTS PROHIBITED BY THE UNITED STATES; AND NEW YORK STATE CONSTITUTIONS AND LAWS.

69. THE DEFENDANTS JOINTLY AGREED IN OVERT UNDER COLOR OF STATE LAW TO FAIL DELIBERATELY AND INTENTIONALLY TO GIVE IMMEDIATE AND PROPER RESPONSES TO MY MEDICAL ATTENTION AND NEED AFTER I WAS EXPLOSIVELY AND VIOLENTLY ATTACKED AND INJURED ON July 29, 2010; AND THESE OMISSIONS TANTAMOUNTED TO DELIBERATE INDIFFERENCE; BY THEIR ACTING UNREASONABLY IN RESPONSE TO MY HEALTH RISK; BY THEIR FAILURE TO INTERVENED; AND BY THEIR FAILURE TO PROVIDE ME IMMEDIATE ADEQUATE MEDICAL CARE, AND GRANT ME EQUAL PROTECTION, MEANINGFUL ACCESS TO DUE PROCESS AND EQUAL ACCESS TO COURTS UNDER MY OWN SITUATION AND CIRCUMSTANCES.

PAGES 38.

70. THE DEFENDANTS JOINTLY RECKLESSLY DISREGARDED my
CONSTITUTIONAL RIGHTS UPON THEIR IDENTIFICATION of my ETHNIC
ORIGIN, RACE, AND Color;- HENCE on July 29, 2010, THEY
INTENTIONALLY DENIED ME PROTECTION. ON July 29, 2010, physical
ATTACKS COULD HAVE BEEN AVOIDED IF I WAS NOT FORCED UNDER
DURESS AND COERCION, THREAT AND INTIMIDATION AGAINST my
REFUSAL ON JUNE 13, 2010, July 14, 2010, AUGUST 4, 2010,
AND THEREAFTER to MOVED INTO HOUSE B36 AT GOWANDA
CORRECTIONAL FACILITY UPON SEVERAL WARNING ABOUT
THREAT of IRREPARABLE HARM MADE KNOWN AND CALLED
TO THESE DEFENDANTS ATTENTIONS.

71. THESE DEFENDANTS NAMED IN THIS INSTANT ABOVE
CAPTIONED Claims JOINTLY AND KNOWINGLY ENDORSED AND
ENCOURAGED THE INDIVIDUAL who physically ATTACKED ME
AND INJURED ME ON July 29, 2010, IN RECKLESS
DISREGARD to my Safety; BY THEIR PROTECTING my
ATTACKER IDENTIFICATION But I AM THE VICTIM whom THE
DEFENDANTS DENIED Protection. AND THE DEFENDANTS JOINTLY Repeatedly
PUNISHED ME AND INJURED ME IN RETALIATORY FOR WRITING
GRIEVANCES AND FILING CIVIL RIGHT ACTION AND JUDICIAL MISCONDUCT
COMPLAINT, AND I WAS SUBJECTED to 550-DAYS UNCONSTITUTIONAL
CRUEL AND UNUSUAL PUNISHMENT KEEP LOCK CONFINEMENT INSIDE
PRISON WITHIN PRISON AS A SCHEME AND DECEITFUL PLOTTS THEY
DESIGNED TO DENIED ME EQUAL ACCESS to MEANINGFUL
DUE PROCESS; BECAUSE I REFUSED to MOVE INTO A VERY
HOSTILE AND LIFE THREATENING HOUSING AND HOSTILE
WORK ENVIRONMENT ON MAY 5, 2010, JUNE 13, 2010,
July 14, 2010 AND THEREAFTER.

PAGES 39

72.   THE DEFENDANTS NAMED IN THIS INSTANT ABOVE-CAPTIONED CLAIMS JOINTLY PARTICIPATED IN OVERT AGREEMENTS UNDER COLOR of STATE LAW; AND ACTED ABNORMALLY AND UNREASONABLY VIA THE UNCONSTITUTIONAL INFLUENCES, UNDER A JOINT RACIALLY MOTIVATED UNCONSTITUTIONAL COLLUSIONS IN AN ONGOING CONSPIRACIES to ENDORSED, INJURED, ENCOURAGED, AND SANCTIONED UNCONSTITUTIONAL MISCONDUCTS AND OMISSIONS of CORRECTIONAL OFFICERS, NURSES, AND CORRECTIONAL COUNSELORS, AND CORRECTIONAL FACILITIES AUTHORITIES, to WRITE FALSE MISBEHAVIOR REPORTS,- AND RESULTING to FALSE ACCUSATIONS, FALSE ARRESTS, SEARCHES, SEIZURES, AND FALSE IMPRISONMENTS WITHIN PRISON, AS A PRACTICED AND CUSTOMS, SO PERSISTENT AND WIDESPREAD, to CAUSED ME IRREPARABLE HARM (False Imprisonments).

73.   THE DEFENDANTS NAMED IN THIS INSTANT ABOVE CAPTIONED CLAIM JOINTLY PROMOTES THE UNCONSTITUTIONAL ACTS, OMISSION AND MISCONDUCTS WHICH CONSTITUTES A CUSTOM of WHICH A CONSTRUCTIVE KNOWLEDGE CAN BE IMPLIED ON THE PART of THE POLICYMAKING DEFENDANTS NAMED AS A DIRECT PARTICIPANTS for KNOWINGLY, INTENTIONALLY, WILLINGLY AND RECKLESSLY ACCEPTED IN RECKLESS DISREGARDS, WITHOUT PROVIDING THEIR SUBORDINATES, INCLUDING POLICE OFFICERS, COURTS CLERK, CORRECTIONAL OFFICERS, NURSES, CORRECTIONAL COUNSELORS, SUPERINTENDENTS, CAPTAINS, Lt., SERGEANTS, DOCTORS AND ADMINISTRATIVE STAFF PROPER TRAINING OR SUPERVISION. THE STATE of NEW YORK AND its AUTHORITIES MALICIOUSLY KIDNAPPED ME INTO PRISON WITH THE SOLE INTENTS TO MURDER ME.

PAGES 40

74. THE DEFENDANTS NAMED IN THIS INSTANT ABOVE CAPTIONED CLAIM UNCONSTITUTIONAL OMISSIONS, TANTAMOUNTED TO DELIBERATE INDIFFERENCE TO ME, AND TO THE RIGHT OF THOSE WHO COME IN CONTACT WITH THEM; MORESO, PRISONERS IN MY OWN UNUSUAL KIDNAPPED SITUATION AND CIRCUMSTANCES; AND THOSE PRISONERS AND INMATES THEY SUPERVISES; AND PRISONERS AND IN MY OWN PARTICULAR CASE, WRONGFULLY CONVICTED; VIA UNCONSTITUTIONAL RETALIATORY AND DISCRIMINATORY ACTS OF CALCULATED MALICIOUS HARASSMENT; AND KIDNAPPED INTO STATE PRISON; BY THE DEFENDANTS IN OVERT AGREEMENT, IN RECKLESS DISREGARDS TO MEANINGFUL DUE PROCESS.

75. THE DEFENDANTS NAMED IN THIS INSTANT ABOVE CAPTIONED CLAIM JOINTLY AND UNCONSTITUTIONALLY; VIA DENIAL OF MEANINGFUL ACCESS TO DUE PROCESS, TARGETED PEOPLE OF AFRICAN ORIGIN; RESULTING TO MANY INNOCENT U.S. CITIZENS OF AFRICAN ORIGIN, CURRENTLY STILL ILLEGALLY HELD IN MUNICIPAL AND STATE PRISONS, WHOSE CONVICTIONS WERE OBTAINED VIA SYSTEMATIC VIOLATIONS OF THE UNITED STATES AND NEW YORK STATE CONSTITUTIONS AND LAWS.

76. THE DEFENDANTS NAMED IN THIS INSTANT ABOVE CAPTIONED CLAIM UNCONSTITUTIONAL OMISSIONS AND VIOLATIONS, UNWRITTEN POLICIES AND CUSTOM, SANCTIONED IN RECKLESS DISREGARDS TO THE UNITED STATES, AND NEW YORK STATE CONSTITUTIONS AND LAWS; RESULTED TO L. JANISH, INMATE GRIEVANCE SUPERVISOR AT GOWANDA CORRECTIONAL FACILITY, AND MR. WEBER, INMATE GRIEVANCE SUPERVISOR

PAGES 41

At Wyoming Correctional Facility, and Mr. Napoli, Inmate Grievance Supervisor, at Cayuga Correctional Facility, intentionally, recklessly, maliciously and willingfully failed to process my Grievances petitions against Superintendents Dale Artus, Michael Corcoran, David Unger, and Mailroom Clerk or Mailroom Supervisors with references to my money, properties, and postages over-charges.

77. The Defendants named in this instant above-captioned claims has in place, unconstitutional custom and practices, sanctioned and endorsed by the State of New York; and these unconstitutional custom and practices tantamounted to targetting people of African origin and lured them; via entrapment, and kidnapped them into their Municipal and State prison; whereby, the Defendants jointly apply slavery treatment abolished on the 1865; as a tools and tactics used to degrade people of African origin Human Right, Human Liberty and repeatedly subjected people of African origin in their prisons without meaningful access to due process and without meaningful due process and inflicted upon them inhumane indifferential treatments, as a pattern; in violations of the United States; and the State of New York constitutions and laws.

PAGES 42

78. THE DEFENDANTS NAMED IN THIS INSTANT ABOVE-CAPTIONED CLAIMS JOINT OMISSIONS, SANCTIONED BY THE STATE of NEW YORK, INDUCED AND ENCOURAGED L. JANISH, INMATE GRIEVANCE SUPERVISOR, AT GOWANDA CORRECTIONAL FACILITY; NAPOLI, INMATE GRIEVANCE SUPERVISOR AT CAYUGA CORRECTIONAL FACILITY AND MR. WEBER, INMATE GRIEVANCE SUPERVISOR, AT WYOMING CORRECTIONAL FACILITY to ATTEMPT REPEATEDLY to COVER-UP GROSS-AND UNCONSTITUTIONAL WRONGDOING; DUE to KNOWN DELIBERATE INDIFFERENCE; RESULTED to DENIAL of my ACCESS to COURTS.

79. CHIEF JUDGE JONATHAN LIPPMAN, of THE STATE of NEW YORK COURT of APPEALS, KNEW OR SHOULD HAVE KNOWN THAT THERE IS KNOWN CONFLICTS of INTEREST AND JUDICIAL CORRUPTION AT THE STATE of NEW YORK SUPREME COURTS AT KINGS, NASSAU, QUEENS, BRONX AND STATEN ISLAND, AND NEW YORK COUNTIES,-INVOLVING SUPREME COURTS AND THEIR APPELLATE DIVISIONS FIRST-SECOND JUDICIAL DEPARTMENTS; AND RESULTING to UNUSUAL UNCONSTITUTIONAL DELAYS IN THE ADMINISTRATION of DUE PROCESS, JUDICIAL PROCEEDINGS, TRIAL AND APPEALS PROCESS,-AND THEY REPEATEDLY TARGETED PEOPLE of AFRICA ORIGIN, AND BOND THEM INTO SLAVERY CULTURE INSIDE PRISON, IN SYSTEMATIC VIOLATIONS of THE EQUAL PROTECTION CLAUSES IN THE UNITED STATES AND NEW YORK STATE CONSTITUTIONS AND LAWS; BUT CHIEF JONATHAN LIPPMAN, RECKLESSLY DISREGARDED HIS CONSTITUTIONAL OBLIGATION AND fiDUCIARY DUTIES to PREVENT THE ONGOING UNCONSTITUTIONAL DISCRIMINATORY CONDUCTS, TANTAMOUNTING to CORRUPT POLICIES, AND CUSTOMS, SANCTIONED BY JUDGES AND JUSTICES AT KINGS, QUEENS, NASSAU, BRONX,

PAGES 43

STATEN ISLAND, WESTCHESTER AND NEW YORK COUNTIES SUPREME
AND THEIR APPELLATE DIVISIONS.

80. THESE DEFENDANTS SUED JOINTLY HAS IN PLACE,
EXISTING POLICIES, MAINLY DESIGNED, TO KIDNAPPED PEOPLE of
AFRICAN ORIGINS INTO THEIR MUNICIPAL ~~DETAINMENTS~~ AND STATE
PRISONS WITHOUT PROPER MEANINGFUL DUE PROCESS OR ACCESS TO
MEANINGFUL DUE PROCESS UNDER COLOR of STATE LAW; IN
SYSTEMATIC RECKLESS DISREGARDS AND VIOLATIONS of HUMAN
RIGHTS, HUMAN LIBERTY AND U.S./N.Y.S. CONSTITUTIONS AND LAWS;
VIA DELIBERATE DISCRIMINATORY AND RETALIATORY INDIFFERENCE
TREATMENT WITHOUT RATIONAL BASIS.

81. THE DEFENDANTS NAMES AND SUED IN THIS INSTANT
ABOVE CAPTIONED CLAIMS JOINTLY IN RECKLESS DISREGARD for
THE UNITED STATES AND FOR NEW YORK STATE CONSTITUTIONS AND
LAWS; VIA THEIR DIRECT PARTICIPATIONS IN EXECUTING; VIA
ENDORSEMENT AND SANCTIONING DISCRIMINATORY POLICIES; BY
TARGETTING PEOPLE of AFRICAN ORIGIN, AND COERCING
THEM UNDER DURESS ~~AN~~ EGREGIOUS IN DEMONSTRABLY AND
HOSTILE MANNER INTO THEIR PRISONS WITHOUT PROPER ACCESS
TO MEANINGFUL DUE PROCESS; AND THESE KNOWN PRACTICES
AS A CUSTOM AND PATTERNS, TANTAMOUNTED TO
UNCONSTITUTIONAL CONDUCTS AND ACTIONS THAT DEPRIVED ME
AND DENIED ME of my HUMAN RIGHTS, HUMAN LIBERTY,
PRIVILEGES, PROPERTIES, EXPRESSIONS, ASSOCIATIONS, PROTECTIONS,
BELIEVES, AND IMMUNITIES GUARANTEED BY THE UNITED
STATES AND NEW YORK STATE CONSTITUTIONS AND LAWS, AND ITS
CONTRIBUTED TO my PHYSICAL ATTACKS, PERSONAL INJURIES

PAGES 44

ON July 29, 2010; AND CURRENT FALSE IMPRISONMENT
WITHOUT RATIONAL BASIS.

82. THE DEFENDANTS NAMED AND SUED IN THIS ABOVE
CAPTIONED CLAIMS, KNEW OR SHOULD HAVE KNOWN THAT I
NEEDED PHYSICAL THERAPY AND CHIROPRACT TREATMENTS FOR MY
NECK, BACK, RIGHT SHOULDER, AND MY KNEE; MOREGO, MY
CERVICAL, UPPER-BACK, LUMBAR AND LOWER BACK. BUT THEY
FAILED TO PROVIDE ME THESE NEEDED MEDICAL CARE.

83. THE DEFENDANTS NAMED AND SUED IN THIS ABOVE-CAPTIONED
INSTANT CLAIMS JOINTLY OMISSIONS AND VIOLATIONS IN THEIR
RECKLESS DISREGARD TO THE U.S. AND N.Y.S. CONSTITUTIONS AND
LAWS, CONTRIBUTED TO MY PAINS AND SUFFERING; AND THESE
OMISSIONS CONTRIBUTED TO MY CERVICAL AND LUMBAR DISC
BULGES; AND CAUSED MY SUBARACHNOID SPACE STENOSIS;
RESULTING TO MORE DEGENERATIVE DISC DISEASE; AND
CAUSING ME DAILY PAINS, DIZZINESS, PERIODIC RECURRING
MEMORY LOSS, SEVERE AND EXCRUCIATING HEADACHES;
AGGRAVATED BY July 29, 2010, PHYSICAL ATTACKS AND
INJURIES AT GOWANDA CORRECTIONAL FACILITY, AFTER
I WAS KIDNAPPED INTO STATE OF NEW YORK PRISON,
AND MALICIOUSLY TAKEN FROM MY OWN PRIVATE DOCTORS
AND REPEATEDLY PLACED INSIDE HOSTILE WORK AND PRISON
ENVIRONMENTS, WITHOUT MY CONSENT; WITHOUT MEANINGFUL
ACCESS TO DUE PROCESS; AND I WAS REPEATEDLY DENIED
ADEQUATE MEDICAL CARE WITHOUT RATIONAL BASIS; VIA
DELIBERATE INDIFFERENCE.

PAGES 45

84. THE DEFENDANTS NAMED AND SUED IN THIS INSTANT ABOVE CAPTIONED CLAIM JOINTLY, HAS PUT IN PLACE AN ONGOING RETALIATORY AND DISCRIMINATORY ACTS OF UNCONSTITUTIONAL SYSTEMATIC HARASSMENT POLICIES AS A CUSTOM PRACTICES AND SANCTIONED BY THE DEFENDANTS JOINTLY, VIA COLLUSIVE AND CONSPIRACIES UNCONSTITUTIONALLY DESIGNED FOR THE PURPOSE OF DEPRIVING ME EQUAL PROTECTION OF THE LAW, RIGHT, PRIVILEGE, AND IMMUNITIES UNDER THE UNITED STATES CONSTITUTION AND LAW; AND THESE OMISSIONS AND VIOLATIONS WERE IMPLEMENTED TO TARGET PEOPLE OF AFRICAN ETHNIC ORIGIN INTO STATE PRISON VIA SYSTEMATIC ATTEMPT TO DEGRADE AND SUBJECT PERSON OF AFRICA ORIGIN INTO IRREPARABLE HARM (DISCREDIT PERMANENTLY PERSON OF AFRICAN ORIGIN) BY USING SLAVERY CULTURE INSIDE PRISON. IF ANY BODY OF AFRICAN ORIGIN ATTEMPT TO QUESTION THESE DEFENDANTS UNCONSTITUTIONAL ACT; THE DEFENDANTS HAS IN PLACE VICIOUS AND INHUMANE TACTICS THEY DESIGNED TO HUMILIATE; LYNCH, AND DENY EVERY ONE WHO OPPOSED THE DEFENDANTS EVERY PURSUES OF HAPPINESS.

85. THE DEFENDANTS NAMED AND SUED IN THIS INSTANT ABOVE CAPTIONED CLAIMS, PARTICIPATED IN AN ONGOING CONSPIRACIES, AND THESE ONGOING Collusion AND UNCONSTITUTIONAL CONSPIRACIES HAS BEEN DESIGNED TO FURTHERANCE DENIAL of EQUAL TREATMENT AS TO ME, MY KNOWN PRE-EXISTING MEDICAL CONDITIONS TANTAMOUNTING to DIZZINESS, SEVERE AND EXCRUCIATING HEADACHES, PERIODIC RECURRING MEMORY LOSS, DEGENERATIVE DISC DISEASE, CAUSING DECREASE SIGNAL, AND SUBARACHNOID SPACE STENOSIS, SPINAL STENOSIS, CERVICAL AND LUMBAR DISC BULGES; UPPER AND LOWER BACK AND RIGHT SHOULDER PAINS; CAUSED BY THE PORT AUTHORITY of NEW YORK AND NEW JERSEY, AND THEIR POLICE OFFICERS; NEW YORK STATE CORRECTIONAL OFFICERS, NASSAU County POLICE OFFICERS; NEW YORK City TLC SECURITY OFFICERS; QUEENS COUNTY DISTRICT ATTORNEY; JUDGES; JUSTICES; MUNICIPAL AND STATE PUBLIC OFFICIALS; IN OVERT AGREEMENTS IN DISGUISE UNDER Color of STATE LAW IN AN ATTEMPT to DENIED ME EQUAL ACCESS to LIFE, SAFETY, PROPERTY, COURTS, EXPRESSION; LIBERTY, RIGHT AND TO MEANINGFUL DUE PROCESS IN RETALIATORY ACTS.

86. THE DEFENDANTS JOINTLY OMISSIONS AND VIOLATIONS WERE CARRIED OUT UNDER COLOR of STATE LAW; IN RECKLESS DISREGARD; AND CHIEF JUDGE JONATHAN LIPPMAN, KNEW OR SHOULD HAVE KNOWN ABOUT THE UNCONSTITUTIONAL CONSPIRACIES to DENIED ME MEANINGFUL ACCESS to COURTS AND DUE PROCESS BUT HE FAILED to PREVENT IT FROM ACCOMPLISHING ITS PURPOSE; VIA DELIBERATE INDIFFERENCE.

PAGES 47

87. THE DEFENDANTS NAMED AND SUED IN THIS INSTANT ABOVE CAPTIONED CLAIMS JOINTLY PUT IN PLACE ONGOING UNCONSTITUTIONAL DISCRIMINATORY AND RETALIATORY RACIALLY MOTIVATED COLLUSIVE AND CONSPIRACIES; AND DUE TO THESE UNLAWFUL OMISSIONS AND VIOLATIONS, THERE HAS BEEN RECKLESS AND INTENTIONAL DISREGARDS TO MY RIGHTS, SAFETY, PROTECTION, PRIVILEGES, LIFE, AND IMMUNITIES; WHEREBY, I HAVE BEEN PLACED IN A MORE HOSTILE PRISON ENVIRONMENT — BY THESE DEFENDANTS AND THEIR ASSOCIATES, TO CAUSED ME PHYSICAL AND AGGRAVATED INJURIES; AND REPEATED THREAT OF IRREPARABLE HARM ON July 29, 2010, PHYSICAL ATTACKS AT GOWANDA CORRECTIONAL FACILITY; AND CURRENT FALSE IMPRISONMENTS OBTAINED IN OVERT AGREEMENTS IN SYSTEMATIC VIOLATIONS OF THE UNITED STATES, AND NEW YORK STATE CONSTITUTIONS AND LAWS.

88. THE DEFENDANTS NAMED AND SUED IN THIS INSTANT ABOVE CAPTIONED CLAIMS OMISSIONS AND VIOLATIONS STATED IN THIS STATEMENTS OF CLAIMS AND THEIR DIRECT PARTICIPATION IN ONGOING COLLUSION AND UNCONSTITUTIONAL CONSPIRACIES ARE RACIALLY MOTIVATED UNDER COLOR OF STATE LAWS BASED UPON THEIR IDENTIFICATION OF MY NATIONAL ORIGIN, RACE, ETHNIC ORIGIN, AND COLOR.

Case 6:10-cv-06611-DGL   Document 1   Filed 10/28/10   Page 48 of 54

PAGES 48

89. THE DEFENDANTS NAMED AND SUED IN THIS INSTANT ABOVE CAPTIONED CLAIMS JOINTLY PROMOTES UNCONSTITUTIONAL DISPARITY; BY TARGETTING PEOPLE OF AFRICAN ETHNIC ORIGIN; AND KIDNAPPED THEM, AND SUBJECTED THEM TO DISPARITIES UNLAWFUL ARRESTS, SEARCHES, AND SEIZURES; DENIED THEM MEANINGFUL DUE PROCESS; DENIED THEM ACCESS TO MEANINGFUL DUE PROCESS; DENIED THEM EQUAL PROTECTION; AND IMPOSED ON THEM ARBITRARILY AND IRRATIONALLY DESIGNED UNCONSTITUTIONAL SENTENCES; BY FIRST SETTING THEM UP, FRAMED THEM UP, AND ENTRAPPED THEM, SO THAT VERDICT OF GUILTY AND CONVICTIONS ARE ASSURED; AND UNCONSTITUTIONALLY SUBJECTED THEM TO PREDICATE SENTENCES, WITH A SCHEME DESIGNED TO DESTROY THEIR FAMILY STRUCTURES. THESE OMISSIONS AND VIOLATIONS CONTRIBUTED TO THE DEFENDANTS INCLINATIONS; VIA UNCONSTITUTIONAL STEREOTYPING AND PROFILING TO TARGETED ME, TAUNTED ME, SINGLED ME OUT AND KIDNAPPED ME INTO THEIR STATE PRISON WITHOUT MY CONSENT; WHILE THEY DELIBERATELY AND RECKLESSLY DISREGARDED THE UNITED STATES AND NEW YORK STATE CONSTITUTIONS AND LAWS; VIA DELIBERATE INDIFFERENCE UPON THEIR IDENTIFICATION OF MY NATIONAL ORIGIN, RACE, COLOR, AND ETHNIC ORIGIN.

90. ON July 27, 2010, I placed two typewritten BRIEFS into one sealed envelope and I was charged #4.99 postage. But I placed one of the piece of same brief into a second envelope and I was charged $8.82. I made more inquiries and conducted investigation but only to discovered more of a patterns of extortion in postage charges effective from the day I was kidnapped into NEW YORK State prison.

91. ON June 28, 2010, and thereafter, I was deliberately subjected to injuries and damages by superintendents, Dale Artus, of the Gowanda Correctional facility; and David Unger, of the Wyoming Correctional facility, under Brian Fischer, NYSDOCS Commissioner unwritten policies, customs and practices sanctioned by the State of New York to denied me access to use my $22.00, and $64.20, plus $21.00 to make legal copies, after these amount were taken from my prison account; I was not allowed to make legal copies; and they failed to credit my account after law library copier machine was deliberately shut-down in retaliation to denied me access to courts, and my properties valued over $200,000.00 (two hundred thousands U.S. dollars), plus foodstuff valued $406.00 were searched and seized without my consent.

PAGES 50

I HAVE DEMANDED FOR MY MONEY AND PROPERTIES BUT SUPERINTENDENTS DALE ARTUS, AND DAVID UNGER, RECKLESSLY DISREGARDED CREDITING THE MONEY INTO MY PRISON ACCOUNT; WHEREBY, I HAVE BEEN DENIED ACCESS TO COURTS SINCE I RELIED ON THE $22.00, $64.20, AND $21.00 TO COMMUNICATE WITH THE COURTS. FAILURE TO REFUND MY MONEY BY THE DEFENDANTS HAVE CAUSED ME HEADACHES; SEVERE AND EXCRUCIATING PAINS AND SUFFERING; AND CAUSING ME MENTAL ANGUISH; AND RESULTED TO ELEVATED AND IRREGULAR BLOOD PRESSURE; DUE TO OPPRESSION SANCTIONED BY NYSDOCS UNCONSTITUTIONAL POLICIES, CUSTOM AND PRACTICES ENDORSED BY THE DEFENDANTS.

92. I, ARDR ARK O'DIAH, DISCOVERED ON JULY 27, 2010, AND CONTINUE TO PRESENT, UNCONSTITUTIONAL PRACTICES, AND CUSTOM ENDORSED AND SANCTIONED BY THE DEFENDANTS JOINTLY TO PUT IN PLACE UNCONSTITUTIONAL DISPARITY IN POSTAGE CHARGES; BY TARGETING MY LEGAL MAILS; AND THESE KNOWN DISPARITY IN POSTAGE CHARGES AND SEIZURES OF MY LEGAL MAILS WERE IMPLEMENTED TO HINDER MY ACCESS TO COURTS, TANTAMOUNTED TO UNCONSTITUTIONAL RETALIATORY AND DISCRIMINATORY POLICIES; WHEREBY, I HAVE BEEN OVER-CHARGED FOR LEGAL MAIL ON JULY 22, 2010, WITHOUT RATIONAL BASIS. THE STATE OF NEW YORK SECRETARY OF STATE, AND NEW YORK STATE SECRETARY OF DEPARTMENT OF HEALTH AND HUMAN SERVICES DELIBERATELY, RECKLESSLY, AND MALICIOUSLY FALSELY REPRESENTED AND MISREPRESENTED ME TO U.S. DEPARTMENT OF STATE TO DENIED ME MY U.S. PASSPORT.

93.  WHERE FORE, I, AROR ANK O'DIAH, BELIEVES, ASSERTED, AND RE-ALLEGES THAT THE UNITED STATES CONSTITUTION, AND THE NEW YORK STATE CONSTITUTION AND LAWS DOES NOT PROMOTES THE EVIL PRACTICES OF SLAVERY CULTURE, NOR OPPRESSION, INJUSTICES, DISCRIMINATION, RETALIATION, HARASSMENT, WRONGFUL CONVICTIONS, FALSE IMPRISONMENT AND DELIBERATE INDIFFERENCE DESIGNED TO PROMOTE INHUMANE OR TO DENY HUMAN RIGHTS, AND HUMAN LIBERTY.

94.  THE UNITED STATES AND THE STATE OF NEW YORK ARE NOT COMMUNIST STATES NOR COMMUNIST COUNTRY. THE UNITED STATES, AND NEW YORK STATE ARE NOT SLAVERY TRADING STATES. THE UNITED STATES HAVE ABOLISHED SLAVERY. ANY PERSON THAT still TARGETED PERSON OF AFRICAN ORIGIN INTO SLAVERY PRACTICES, VIA PRISON SLAVERY MENTALITY CULTURE ARE NOT AN AMERICAN. THE UNITED STATES OF AMERICA IS THE LEADER AND MORAL CONSCIENCE OF FREEDOM IN OUR MODERN WORLD. THE UNITED STATES IS NOT A THIRD WORLD COUNTRY. BUT I HAVE BEEN TREATED DIFFERENTLY from OTHERS IN SIMILAR SITUATION AND CIRCUMSTANCES AND THERE IS NO RATIONAL BASIS for THE DIFFERENT IN TREATMENTS CARRIED OUT IN VIOLATION OF U.S. CONSTITUTION AND LAWS UNDER Color OF STATE LAW IN OVERT IN DISGUISE AGREEMENT WITHOUT RATIONAL BASIS. DENIAL OF MY CONSTITUTIONAL RIGHT TO RENEW MY U.S. PASSPORT IS A VIOLATION OF MY CITIZENSHIP PRIVILEGES AND RIGHTS.

## IV. RELIEF SOUGHT

95. WHERETOKE, I, ARCR ARK O'DIAH, I HAVE BEEN SUBJECT to THE THREAT of IRREPARABLE HARM (DEATH THREAT AND FALSE IMPRISONMENT); AND I HAVE BEEN KIDNAPPED INTO STATE of NEW YORK CORRECTIONAL FACILITY AND PRISONS.

96. FURTHERMORE, I, ARCR ARK O'DIAH, I HAVE BEEN INTENTIONALLY CONFINED. I WAS CONSCIOUS of THE CONFINEMENT. I DID NOT CONSENT TO THE CONFINEMENT. THE CONFINEMENT WAS NOT JUSTIFIED SINCE THE CONFINEMENT WERE OBTAINED, VIA FALSE ALLEGATIONS; WHEREBY, I WAS SET UP, FRAMED UP, AND SUBJECTED to UNCONSTITUTIONAL ENTRAPPMENT, FALSE ARRESTS, SEARCHES, SEIZURES, AND CONTRIVED EVIDENCES PLACED IN EVIDENCES IN VIOLATIONS OF THE UNITED STATES, AND NEW YORK STATE CONSTITUTIONS AND LAWS.

97. WHERETOKE, I, ARCR ARK O'DIAH, PRAY, REQUEST, AND DEMAND FOR JUDGMENT IN MY FAVOR AGAINST THE STATE of NEW YORK BECAUSE THE DEFENDANTS JOINTLY RELIED UPON THE STATE of NEW YORK AS THEIR SHIELD to KNOWINGLY AND RECKLESSLY DISREGARD ED MY RIGHTS PROTECTED UNDER U.S.C.A. Const. AMENDMENTS I, IV, V, VI, VIII, AND XV, AND THESE OMISSIONS AND VIOLATIONS INVOKED 42 U.S.C.S. 1983, 1985(2X3), 1986 AND AMERICAN WITH DISABILITY Act. RELIEF SOUGHT IS $999,000,000.00; AND AS FOLLOWS:

AWARD IN MY FAVOR, JUDGMENTS AGAINST THE
DEFENDANTS SEPARATELY, IN THEIR INDIVIDUAL CAPACITIES
AS FOLLOWS:

a) AWARD $200,000,000.00 AGAINST BRIAN FISCHER;
b) AWARD $200,000,000.00 AGAINST ANDREW M. CUOMO;
c) AWARD $190,000,000.00 AGAINST THOMAS A. KLONECK;
d) AWARD $100,000,000.00 AGAINST ROY L. REARDON;
e) AWARD $100,000,000.00 AGAINST MANUEL A. ROMERO;
f) AWARD $50,000,000.00 AGAINST PATRICK T. BURKE;
g) AWARD $50,000,000.00 AGAINST JAMES EDWARD PELZER;
h) AWARD $50,000,000.00 AGAINST SHERRILL SPATZ;
i) AWARD $10,000,000.00 AGAINST A. GAIL PRUDENTI;
j) AWARD $10,000,000.00 AGAINST LT. URBANK;
k) AWARD $10,000,000.00 AGAINST DAVID UNGER;
l) AWARD $10,000,000.00 AGAINST D.S.P. KICKBUSH;
m) AWARD $10,000,000.00 AGAINST DALE ARTUS;
n) AWARD $9,000,000.00 AGAINST CAPT. YEHL.
TOTAL AWARD = $999,000,000.00 AGAINST THE DEFENDANTS

o) ISSUED INJUNCTION TO BARRED AND PREVENT ONGOING
UNCONSTITUTIONAL RACIALLY MOTIVATED COLLUSION AND
CONSPIRACIES TO DISCRIMINATES, HARASS, RETALIATES,
TORTURE, TORMENT, DENIED MEANINGFUL ACCESS TO DUE
PROCESS, SUBJECTED TO UNLAWFUL ARRESTS, SEARCHES,
SEIZURES, THREAT OF IRREPARABLE HARM (DEATH THREAT
AND FALSE IMPRISONMENTS), CRUEL AND UNUSUAL
PUNISHMENT SEGREGATED CONFINEMENT WITHOUT
RATIONAL BASIS; VIA DIFFERENTIAL TREATMENTS.

PAGES 54

# V. CONCLUSION

98.   WHEREFORE, I, AROR ARK O'DIAH, PRAY AND DEMAND FOR JUDGMENTS AGAINST THE STATE OF NEW YORK, AND ITS AUTHORITIES, AGENTS, DEPARTMENTS, ACTORS, AND ASSOLIATES IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES AS ALREADY STATED AND PLEADED ON PAGE NUMBER-ONE THROUGH THIS PAGES FIFTY-FOUR ON PARAGRAPHS NUMBERED ONE THROUGH PARAGRAPHS NINETY-EIGHT; AND INCLUDING VERIFICATION STATED BELOW. EXECUTED ON 19th DAY of OCTOBER 2010, IN COLLINS, NEW YORK.

Respectfully Submitted By:

A. O'D

DATED: OCTOBER 19, 2010.
       COLLINS, NEW YORK

Aror A. O'Diah., claimant.
DIN# 07A2463
COLLINS CORRECTIONAL FACILITY
P.O. BOX 340
COLLINS, NY 14034-0340

99. THAT I, AROR ARK O'DIAH, AM THE CLAIMANT IN THE WITHIN CLAIM; THAT I HAVE READ THE FOREGOING CLAIM AND KNOWS THE CONTENTS THEREOF; THAT THE SAME IS TRUE TO MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS THEREIN STATED TO BE ALLEGED UPON INFORMATION AND BELIEFS; AND THAT AS TO THOSE MATTERS, I BELIEVE IT TO BE TRUE.

A. O'Dur

SWORN TO BEFORE ME ON THIS
DAY OF OCTOBER 2010

NOTARY PUBLIC

Aror A. O'Diah, claimant