UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

AROR ARK O'DIAH, 07A2463,

                                              Plaintiff,

                                              ORDER
                                              10-CV-6611L

              v.

BRIAN FISCHER, NEW YORK STATE SECRETARY OF
STATE, et al.,

                                              Defendants.
_____

AROR ARK O'DIAH,

                                              Plaintiff,

              v.                                                10-CV-6705L

D. ARTUS, et al.,

                                              Defendants.
_____

       Plaintiff, Aror Ark O'Diah, appearing *pro se*, has filed these two civil rights actions under 42 U.S.C. § 1983. On March 15, 2011, this Court directed plaintiff to file an amended complaint in *O'Diah v. Fischer*, 10-CV-6611, by April 18, 2011, or risk dismissal of the action with prejudice. (Dkt. #5). In the other action, *O'Diah v. Artus*, 10-CV-6705, the Court on March 28, 2011 granted

plaintiff's request for an extension of time to respond to defendants' motion to dismiss (Dkt. #11) until May 3, 2011.  (Dkt. #17).

By letter to the Court dated April 8, 2011, plaintiff has informed the Court that he has had some difficulty or delays in gaining access to the law library at Attica Correctional Facility, where he is currently confined.  Accordingly, the Court grants plaintiff an additional extension until **June 3, 2011** to file an amended complaint in *O'Diah v. Fischer*, and to file a response to defendants' motion to dismiss in *O'Diah v. Artus*.

This will be the last extension of those deadlines granted to plaintiff, absent a showing of good cause.  Defendants are also reminded of their obligation not to impede or interfere with an inmate litigant's constitutional right to meaningful access to the courts, which may entail reasonable use of a prison law library.  *See Nevarez v. Hunt*, ___ F.Supp.2d ___, 2011 WL 923982, at *1-*2 (W.D.N.Y. Mar. 16, 2011).

## CONCLUSION

Plaintiff is granted an extension until **June 3, 2011** to file an amended complaint in *O'Diah v. Fischer*, 10-CV-6611, in accordance with the terms of the Court's Order entered on March 15, 2011 (Dkt. #5).

Plaintiff is granted an extension until **June 3, 2011** to file a response to defendants' motion to dismiss (Dkt. #11) in *O'Diah v. Artus*, 10-CV-6705.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       April 11, 2011.