UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

AROR ARK O'DIAH, 07A2463,

                Plaintiff,

                                                  DECISION AND ORDER
        -v-                                           10-CV-6611L

SECRETARY NYS DEPARTMENT TAXATION
and FINANCE; SECRETARY OF THE STATE OF
NEW YORK DEPARTMENT OF STATE; NEW
YORK STATE SECRETARY OF DEPARTMENT
OF HEALTH AND HUMAN SERVICES;
THOMAS A. KLONICK; ROY L. REARDON;
JAMES EDWARD PELZER; MANUEL A
ROMERO; PATRICK T. BURKE;
SHERRILL SPATZ; COMMISSIONERS and
ADMINISTRATIVE LAW JUDGES OF THE
NEW YORK STATE DEPARTMENT OF MOTOR
VEHICLES; PETRONE & PETRONE, P.C. and
DAVIS H. WALSH, IV;

                Defendants.
_____

AROR ARK O'DIAH, 07A2463,

                Plaintiff,

                                                  DECISION AND ORDER
        -v-                                           11-CV-6128L

UNITED STATES OF AMERICA and
NEW YORK STATE,

                Defendants.
_____

Plaintiff has submitted lengthy documents, apparently in response to my Decision and Order of May 6, 2011, dismissing plaintiff's complaints. I treat plaintiff's submission as, in part, a motion for this Court to reconsider. That motion is in all respects denied.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
May 31, 2011.