-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

AROR ARK O'DIAH, 07A2463,

      Plaintiff,

  -v-

SECRETARY NYS DEPARTMENT TAXATION
and FINANCE; SECRETARY OF THE STATE OF
NEW YORK DEPARTMENT OF STATE; NEW
YORK STATE SECRETARY OF DEPARTMENT
OF HEALTH AND HUMAN SERVICES;
THOMAS A. KLONICK; ROY L. REARDON;
JAMES EDWARD PELZER; MANUEL A
ROMERO; PATRICK T. BURKE;
SHERRILL SPATZ; COMMISSIONERS and
ADMINISTRATIVE LAW JUDGES OF THE
NEW YORK STATE DEPARTMENT OF MOTOR
VEHICLES; PETRONE & PETRONE, P.C. and
DAVIS H. WALSH, IV;

      Defendants.

DECISION AND ORDER
10-CV-6611L

_____

AROR ARK O'DIAH, 07A2463,

      Plaintiff,

  -v-

UNITED STATES OF AMERICA and
NEW YORK STATE,

      Defendants.

DECISION AND ORDER
11-CV-6128L

_____

## INTRODUCTION

Plaintiff *pro se* O'Diah previously filed motions to reconsider and vacate the decision to dismiss actions 10-CV-6611L and 11-CV-6128L. Those motions were denied (10-CV-6611L,

Docket # 13 and 11-CV-6128, Docket # 9). Plaintiff has filed what he has called "re-submissions of plaintiff's affidavit ...to vacate, reconsider ...May 6, 2011 judgments and ...show cause, order," (10-CV-6611L, Docket # 15 and 11-CV-6128L, Docket # 11). Plaintiff has largely re-copied his initial submissions, with a few additional assertions. Nothing in plaintiff's "re-submission" allows the Court to grant relief from the Court's previous Orders. Plaintiff does not demonstrate that there has been a mistake, inadvertence, surprise, excusable neglect, or newly discovered evidence which by due diligence could not have been discovered in time, nor does he show that his claim should be reopened in the interest of justice. Accordingly, plaintiff's motions for reconsideration is hereby denied..

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

DATED: June 14, 2011
Rochester, New York